# COLLECTIVE BARGAINING AGREEMENT

# BETWEEN

# AMITA HEALTH
# SAINT JOSEPH MEDICAL CENTER

# AND

# ILLINOIS NURSES ASSOCIATION

# July 19, 2020 through
# July 19, 2023

DocuSign Envelope ID: 3785093C-2CFD-406D-B530-7F333BDD66E5

# Table of Contents

***Article I – Recognition/Representation***                                    ***Page***

Section 1.1  Recognition ........................................................................ 5
Section 1.2  Non-Discrimination ........................................................... 5
Section 1.3  Union Membership ............................................................ 5
Section 1.4  Association Business Representatives ............................... 6
Section 1.5  Association Business Representative Activity .................... 7
          Association Representative Activity/Request Form ................... 7
Section 1.6  Association Representative List ......................................... 9
Section 1.7  Bulletin Boards/Meeting Facilities ................................... 9
Section 1.8  Notification of INA Representation .................................. 9
Section 1.9  Orientation Procedure ....................................................... 9
Section 1.10 Labor Management Committee ........................................ 9
Section 1.11 Staffing and Acuity Committee ........................................ 10
Section 1.12 Pay for INA Negotiation Team Members During Negotiations ........... 11
Section 1.13 Leave for Association Business .......................................... 12

***Article II – Management Rights***

Section 2.1  Functions ........................................................................... 12

***Article III – No Strike/No Lockout***

Section 3.1  No Strike ........................................................................... 12
Section 3.2  Notice ............................................................................... 13
Section 3.3  Penalty .............................................................................. 13
Section 3.4  No Negotiations ................................................................ 13
Section 3.5  Enforcement ..................................................................... 13
Section 3.6  No Lockout ....................................................................... 13
Section 3.7  Limitation on Grievance .................................................. 13
Section 3.8  Seniority ........................................................................... 13

***Article IV – Grievance Procedure***

Section 4.1  Definition ......................................................................... 14
Section 4.2  Procedure ......................................................................... 14
Section 4.3  Time Limits ...................................................................... 15

***Article V – Arbitration***

Section 5.1  Appeal to Arbitration ....................................................... 15
Section 5.2  Designation of Arbitrator ................................................. 15
Section 5.3  Hearing Procedure ........................................................... 15
Section 5.4  Arbitrator's Jurisdiction ................................................... 15
Section 5.5  Award and Expenses ........................................................ 16

***Article VI – Hours of Work and Extraordinary Pay***

Section 6.1  Introductory Period .......................................................... 16
Section 6.2  Seniority ........................................................................... 16
Section 6.3  Seniority List .................................................................... 17
Section 6.4  Resignation....................................................................... 17

i

DocuSign Envelope ID: 3785093C-2CFD-406D-B530-7F333BDD66E5

Section 6.5  Lay Off/Displacement/Recall ................................................................. 17
Section 6.6  Discipline .............................................................................................. 18

### *Article VII – Hours of Work & Extra Ordinary Pay*
Section 7.1  Normal Shifts ....................................................................................... 19
Section 7.2  Additional Staff .................................................................................... 19
Section 7.3  Temporary Reassignment ..................................................................... 19
Section 7.4  Break/Lunch ......................................................................................... 20
Section 7.5  Overtime .............................................................................................. 20
Section 7.6  Call-In Time .......................................................................................... 20
Section 7.7  Hospital Excused Time .......................................................................... 20
Section 7.8  Work Schedules .................................................................................... 22
Section 7.9  Self-Scheduling ..................................................................................... 22
Section 7.10 Rotation ............................................................................................... 22
Section 7.11 Shift Premium ...................................................................................... 22
Section 7.12 Weekends ............................................................................................ 22
Section 7.13 Weekend Differential ........................................................................... 23
Section 7.14 Call Pay ............................................................................................... 23
Section 7.15 Charge Pay and Duty............................................................................ 23
Section 7.16 Central Clinical Resource Team Assignment Premium .......................... 25
Section 7.17 No Pyramiding...................................................................................... 25
Section 7.18 Temporary Inpatient Unit Closure/Mergers ......................................... 25
Section 7.19 Staffing Guidelines............................................................................... 25


### *Article VIII – Track Scheduling*
Section 8.1  Days for Track Scheduling Purposes Only............................................... 26
Section 8.2  Precedence ........................................................................................... 26
Section 8.3  Failure to Work ..................................................................................... 26
Section 8.4  Additional Staff .................................................................................... 26
Section 8.5  Scheduling ............................................................................................ 27

### *Article IX – Holidays*
Section 9.1  Number of Holidays .............................................................................. 27
Section 9.2  Eligibility .............................................................................................. 27
Section 9.3  Working On a Recognized/Celebrated Holiday ...................................... 27
Section 9.4  No Work on a Recognized/Celebrated Holiday ...................................... 28

### *Article X – In House Registry Nurses*
Section 10.1 In House Registry Nurse I (Unit-Based) ................................................. 28
Section 10.2 In House Registry Nurse II (Unit-Based) ................................................ 29
Section 10.3 In House Registry Nurse III (Centralized Clinical Resource Team Based)..... 29
Section 10.4 In House Registry Nurse IV (Centralized Clinical Resource Team Based).... 29
Section 10.5 Scheduling ........................................................................................... 30
Section 10.6 Expectations ........................................................................................ 30
Section 10.7 In House Registry Nurse I Wages.......................................................... 30
Section 10.8 In House Registry Nurse II Wages ......................................................... 31

DocuSign Envelope ID: 3785093C-2CFD-406D-B530-7F333BDD66E5

Section 10.9 In House Registry Nurse III Wages ......................................................... 31
Section 10.10 In House Registry Nurse IV Wages ...................................................... 31

**Article XI – Time Off**
Section 11.1 Personal Leave .......................................................................................... 31
Section 11.2 Paid Time Off ("PTO") Program ........................................................... 31
Section 11.3 PTO Cash Out ........................................................................................... 32
Section 11.4 Extended Illness Bank ("EIB") .............................................................. 32
Section 11.5 Medical Leave ........................................................................................... 33
Section 11.6 Return from Leave ................................................................................... 33
Section 11.7 Bereavement Leave ................................................................................. 33
Section 11.8 Voting Time ............................................................................................... 34
Section 11.9 Paid Time Off (PTO) ............................................................................... 34
Section 11.10 Jury Duty ................................................................................................. 34

**Article XII – Benefit Programs** .................................................................................... 35

**Article XIII – Miscellaneous**
Section 13.1 Employment Status ................................................................................. 35
Section 13.2 Verification of Illness/Examination ...................................................... 35
Section 13.3 Tuition Reimbursement ......................................................................... 36
Section 13.4 Filling of Vacancies ................................................................................. 36
Section 13.5 Preceptor Duty ......................................................................................... 37
Section 13.6 Certification Pay/Continuing Education Units (CEU's) ........................ 37
Section 13.7 Improvements to Certain Existing Pay Practices ................................... 37
Section 13.8 Mandatory Education & Associate Forums ............................................. 37
Section 13.9 Termination Effect ................................................................................... 37
Section 13.10 Severability ............................................................................................. 37
Section 13.11 Patient Safety .......................................................................................... 38

**Article XIV – Wages**
Section 14.1  Increases .................................................................................................. 38
Section 14.2 Clinical Advancement Pathway Bonus .................................................. 39

**Article XV – Duration/Term of Agreement** .................................................................. 40

**Appendix A: Wage Scale** ............................................................................................... 41
**Appendix B: PSJMC Clinical Advancement Pathway** ................................................. 43

**Letters of Agreement**
AHSJMC Staffing Initiatives ............................................................................................ 44
Anniversary Bonus PTO ................................................................................................... 49
Associate Health Insurance Premiums ........................................................................... 50
Influenza Vaccination Program ....................................................................................... 51
Recognition Bonus ........................................................................................................... 52
Side Letter on Staffing Plan Adjustments ...................................................................... 53
Agreement to Settle Strike .............................................................................................. 54
BSN Requirement ............................................................................................................. 55

DocuSign Envelope ID: 3785093C-2CFD-406D-B520-7F333BDD66E5

Charge Nurse Guidelines ................................................................... 56
Temporary Inpatient Unit Closure .......................................................... 57
Changing Holiday Schedules ............................................................... 58
Influenza Vaccination Program ............................................................. 59
Nurses Hired Between April 2016 and May 2017 .......................................... 60

*Exhibit I – Membership Application* ....................................................... 61

# COLLECTIVE BARGAINING AGREEMENT

This Agreement is made and entered into July 19, 2020, by and between AMITA HEALTH SAINT JOSEPH MEDICAL CENTER JOILET(hereinafter referred to as the "MEDICAL CENTER") and the ILLINOIS NURSES ASSOCIATION, (hereinafter referred to as the "Association") for and on behalf of themselves and acting as the collective bargaining representative of the associates in the appropriate bargaining unit identified in Article I of this Agreement.

# PURPOSE

It is the intent and purpose of this Agreement to provide an orderly collective bargaining relationship between the Medical Center and the Association representing the associates in the bargaining unit, to promote an equitable and harmonious relationship between the Medical Center and the nurses covered thereunder, and to make clear the basic terms upon which such relationship depends.

# Article I
# Recognition/Representation

### Section 1.1     Recognition

Pursuant to its obligations under the National Labor Relations Act, the Medical Center hereby recognizes the Illinois Nurses Association as the exclusive bargaining agent for purposes of collective bargaining with respect to rates of pay, wages, hours of employment, and the conditions of employment for the following bargaining unit: All full-time and regular part-time registered nurses who hold the position description titles of staff registered nurse, and In House Registry Nurses who worked more than 130 hours in the preceding six (6) months (to be determined following the first payroll in January and July). The unit shall exclude all other persons including but not limited to physicians, all other professionals, technical associates, maintenance associates, business office associates, clerical associates, other staff associates, members of religious orders, supervisors, managers, and guards as defined in the Act.

This is solely a recognition clause and nothing in this Agreement including the recognition of the Association as bargaining agent, is intended as a guarantee, explicit or implicit or implied, that any work currently performed at any facility of the Medical Center shall continue to be performed at any facility, nor as a guarantee or obligation of employment or to continue operations or any portion thereof.

### Section 1.2     Non-Discrimination

In accordance with applicable Federal and State law, the Medical Center and the Association agree not to discriminate in the application of this Agreement on the basis of race, color, religion, sex, national origin, age, ancestry, marital status, sexual orientation, unfavorable discharge from the military or disability as those terms are defined and interpreted by applicable law. This article shall not be subject to Arbitration pursuant to Article V.

### Section 1.3     Union Membership

Associates are required as a condition of employment either to become members in the Association and pay dues ("Association Dues"), or in lieu of membership, pay either a service fee ("Fair Share") or Charitable Contribution as outlined below. Registered nurses will be provided the Union Membership form on first day of employment. Payment of said Association Dues, Fair Share or Charitable Contribution shall begin no later than 30 days after ratification for associates hired prior to the ratification date of this Agreement, and no later than 30 days of employment for associates hired after the ratification date of this Agreement, pursuant to the terms of this Section.

### A.     Fair Share

Fair Share is defined as the cost of union representation including the cost of collective bargaining, contract administration including dispute and grievance handling and arbitration, and pursuit of matters affecting

DocuSign Envelope ID: 3785093C-2CFD-406D-B530-7F333BDD66E5

wages, hours and other conditions of employment. Fair Share shall only be paid by nonmembers of the Association and shall not exceed the amount of dues required of members of the Association.

**B.** **Charitable Contribution**

Any associate who has a religious objection to the support of a labor organization, as interpreted by federal law, may direct that an amount equivalent to Association dues called for in this Article, be contributed to an IRS qualified, charitable organization, approved by the Medical Center and Association. The Medical Center will notify the Association of any Registered Nurse who claims exemption under this section. It will be the responsibility of the associate to satisfy the Association that payment is being made to an approved organization(s).

**C.** **Mandatory Dues Deduction**

The Medical Center agrees to deduct from the wages of nurses covered by this Agreement, the Association Dues or Fair Share in accordance with the standard authorization form used by the Association, provided said form shall be executed by each associate. The written authorization for Association Dues or Fair Share deduction shall remain in full force and effect for the duration of this Agreement or as permitted by law. A copy of the authorization form to be used by bargaining unit associates is set forth as Exhibit #1 of this Agreement.

The amount of Association Dues and Fair Share must be certified in writing by the Union and delivered to the Medical Center prior to deduction of such dues and fees. Changes in the amount of the monthly Association Dues and Fair Share must be in writing at least thirty (30) days prior to its effective date. The Medical Center will forward withheld monies to the Association together with a record of the amounts and names of those for whom deductions have been made.

The Association Dues and Fair Share shall be deducted in twenty-six (26) equal bi-weekly installments on each payday. The Association shall defend and indemnify the Medical Center and hold it harmless against any loss or claims, demands, suits or other forms of liability for damage resulting from payment to the Association in connection to the deduction of Association Dues or Fair Share as herein provided, or from complying with any request for termination under this Article.

**D.** **Termination**

Any associate who fails to comply with the provisions set forth in this Article, shall be terminated no earlier than thirty-one (31) days following receipt by the associate and the Medical Center of a certified written notice notifying the associate of default under this Article and the effective date of termination of employment of the associate if such default is not remedied prior to that date. The associate shall be given the opportunity to make payment arrangements prior to termination under this Article.

**E.** **Membership Roster**

The employer will submit a list electronically upon ratification and annually thereafter to the Association, giving the names, addresses, and departments of associates currently employed in the bargaining unit. Every other month, on a calendar basis, the Medical Center shall notify the Association electronically of new hires, resignations, terminations, retirements, and transfers into and out of the bargaining unit.

**Section 1.4** **Association Business Representatives**

The duly authorized business representative of the Association and its local representatives may visit the Medical Center during normal business hours to discharge the Association's duties as the collective bargaining representative, provided they first inform the Regional Human Resources Officer of their intended presence and the purpose of their visit. If a meeting with a bargaining unit associate on an off shift is necessary, the business representative of the Association or local representative may visit between the hours of 6 am and 7 pm, Monday

through Friday, provided they first inform the Regional Human Resources Officer or designee of their intended presence and purpose of their visit. With good cause and agreement by the parties, the business representative may meet with a nurse outside the specified hours. The Medical Center may exercise reasonable control over the times and places for such visits and the Regional Human Resources Officer or designee will schedule such visits in accordance with the Medical Center's operating needs. In no event shall such representatives interfere with the operations of the Medical Center and the work of any Medical Center associate.

### Section 1.5    Association Representative Activity

Representatives appointed by the Association shall discharge their duties related to the investigation and representation of associates in investigatory interviews, corrective action matters, and grievances during work time, with manager approval for a set period of time to be away from unit, provided the release from the unit does not result in any overtime to the Medical Center. If during work time, a Request Form for approval will be completed by the INA representative and signed off by the releasing manager prior to INA representative leaving the unit (see attached Request Form). In the event a bargaining unit nurse requests an Association representative to represent them in an investigatory interview, or corrective action meeting, and the representative cannot be available within twenty-four (24) hours, another Association representative must be made available to the bargaining unit nurse by the Association. Meetings will not be cancelled or continued because a particular Association representative is not available.

DocuSign Envelope ID: 3785093C-2CFD-406D-B530-7E333BDD66E5

**Presence**™
Saint Joseph Medical Center

# INA ASSOCIATION REPRESENTATIVE
## REQUEST FORM

**Date: _____**

_____     _____
Name of INA Representative                        Department/Unit

I have been requested by _____, from

_____, to provide INA representation
   (Specify Unit/Department)

during the course of the following activities scheduled on

_____, and at _____:
   Date                                           Time

**Check appropriate box:**  ☐   Investigatory Meeting

☐   Corrective Action Matters

☐   Grievance Meeting

I will be away from my unit/department from _____ to _____,
                                                               (list estimated time)

and _____ has agreed to act as my

replacement during my absence from my duties.

MANAGER APPROVAL:

_____     _____
Signature of Approving Manager                           Date

8

**Section 1.6      Association Representative List**

The Association will provide the Medical Center with a list of current Association Grievance Representatives, which shall include the unit they report to, the extension where they can be reached, and the shift they work.  An updated list will be sent by the Association to the Regional Human Resources Officer upon request.

**Section 1.7      Bulletin Boards/Meeting Facilities**

The Association through its duly authorized business representative of the Association and its local representatives may have notices and bulletins posted upon the  designated INA bulletin board located in the Associate Entrance to the Medical Center and break rooms or locker rooms on each nursing unit, signed and dated by an officer of the Association.  The Medical Center's designated Human Resources representative, or designee, will approve and sign all such bulletins and notices within two business (Monday through Friday) days of receipt from the INA prior to posting.  The Medical Center reserves the right to remove the locking mechanism from any INA designated bulletin board. The Medical Center will provide the Association keys to any locked designated INA bulletin boards. The Association is permitted to post approved notices and bulletins consistent with Article 1.7. Notices and bulletins permitted to be posted are:

    1)    Notices of Association meetings,
    2)    Notices of Association elections and Association Business, and
    3)    Notices of Association appointments and results of Association elections.

Notices not meeting the requirements of this Section 1.7 will be removed.

The Association shall be permitted to post one INA sticker, no bigger than 5 inches on any one side of the sticker, at each of the Emergency Room, East Madison, West Springfield, and West Parking Garage entrances. The placement of each sticker shall be mutually agreed to by the Association and Medical Center. There shall be no other posting in any location in the Medical Center.  The Association shall be permitted to use Medical Center premises for meetings of the bargaining unit, provided space is available and sufficient advance request for meeting facilities are made to the Regional Human Resources Officer.

**Section 1.8      Notification of INA Representation**

During Medical Center new hire orientation, the Medical Center will advise newly hired bargaining unit registered nurses that they are represented by the Illinois Nurses Association, and the Medical Center will also provide bargaining unit nurses with copies of the collective bargaining agreement.

**Section 1.9      Orientation Procedure**

The Medical Center agrees to include an announcement to indicate the time and place of meeting with representatives of the Association as part of the orientation process of each newly employed registered nurse.  The Medical Center agrees to provide a meeting room to the Association for this purpose. One Association designated representative will be in paid status for such meetings with newly employed registered nurses.  Such pay status shall not exceed twelve hours of pay per year at the regular base rate of the designated representative.

**Section 1.10    Labor Management Committee**

The Medical Center and the Association agree that the delivery of quality patient care is the centerpiece of the work conducted at the Medical Center. Both parties are committed to working together to resolve issues that may interfere with the safe and effective delivery of quality patient care.

Our nurses are vital contributors to the work of the Medical Center. The Medical Center and the Association are committed to creating a work environment that enables our nurses to deliver the highest quality of care to our patients.

To these ends, the Labor Management Committee shall be the forum for the Medical Center and the Association to discuss matters of mutual concern, including issues related to patient care, workplace and workforce matters and staffing.

The Chief Nursing Officer or designee and an INA designated clinical nurse bargaining unit member shall co-chair the Labor Management Committee. The Committee shall be composed of up to six additional (6) representatives appointed by the Medical Center, and the Association may appoint up to six (6) representatives and up to two (2) Association staff representatives. The associate representatives shall be in paid status.

The Committee will be scheduled every other month unless changed by mutual agreement of the parties. The co-Chairs will prepare the agenda, with the input of any Committee member. Agenda items should be submitted to both co-Chairs at least 7 days in advance of the meeting. Any items not meeting the deadline will be deferred to the next meeting unless otherwise mutually agreed by the parties.

### Section 1.11    Staffing and Acuity Committee

A. **Purpose**. The Medical Center and the Association have a strong and mutual interest in achieving a climate where patients receive a consistent high quality of patient care. It is recognized that staffing of professional registered nurses based upon the complexity of patients' acuity and patients' care needs aligned with identifiable nursing skills promotes quality patient care, consistent with recognized nursing standards. Accordingly, the Medical Center and professional nurses shall jointly participate through a Staffing and Acuity Committee in the development and recommendation to the Medical Center of staffing, standards and tool(s) to include acuity and a hospital wide written staffing plan for nursing care services, as outlined herein.

B. **Composition and Participation**. There shall be a Staffing and Acuity Committee comprised of the Chief Nurse Officer or designee, four (4) direct patient care registered nurses designated by the Association from separate service lines, two (2) direct patient care registered nurses designated by the Medical Center, a non-voting Association ex-officio representative, and two (2) nursing leadership representatives, which may include the House Operations Administrator, designated by the Chief Nurse Officer or designee.

   In an effort to ensure full commitment to the Staffing and Acuity Committee and to obtain widespread input from the bargaining unit, bargaining unit nurses will only participate in either Labor Management or Staffing and Acuity Committee at one time, except that three bargaining unit nurses may participate in both committees.

C. **Meeting Frequency**. The Committee shall meet ten (10) times per year for up to two (2) hours per meeting unless otherwise agreed by the parties. Additional meetings will be scheduled by mutual agreement. The bargaining unit members of the Committee shall be in paid status.

D. **Responsibilities and Authority**. The Chief Nurse Officer or designee shall be the chairperson of the Staffing and Acuity Committee. Recommendations will be made by committee members to the Chief Nurse Officer, who will make decisions after reasonably evaluating all recommendations. The Committee will be provided a written explanation from the Chief Nursing Officer when a Committee recommendation is not implemented. The Chief Nursing Officer also will personally attend two of the Staffing and Acuity Committee meetings for the purposes of review of the Committee's progress in the previous six (6) month period. Unit Based Leadership Council representatives may be invited by the Committee Vice-Chairs in accordance with the approved agenda.

   In addition to the regular Committee meetings, Committee member nurses may conduct two additional meetings annually to round on the units. Such meetings may last up to two (2) hours. No more than three (3) Committee member nurses may round on each unit. The nurses will round with the unit manager or designee. The nursing units must be pre-determined at the prior meeting.

E. **Vice-Chairs**. There will be two vice-chairs of the Committee, who are existing Committee members, one selected by the Association and one selected by the Medical Center. The vice-chairs shall create the agenda together. The agenda shall be made available to the members at least seven (7) days prior to a meeting. Any member of the Committee may submit suggestions for an agenda item to a vice-chair. The vice-chair who submits an agenda item shall be responsible for gathering information needed for the Committee to review the item. The vice-chairs will alternate providing a report of the meeting at the next Labor-Management meeting.

F. **Invitees**. The Chief Nurse Officer or designee and the Association may invite other persons appropriate for discussion of an agenda item if such invitees are identified seven (7) days in advance and are agreeable to both parties.

G. **Staffing**. The Medical Center will staff based on the following considerations: nurse staffing plan and guidelines, patient census, acuity and care needs, skill mix and experience levels, professional association recommendations, applicable law (if any) and budget considerations, which shall not preclude the delivery of safe and quality patient care. The Committee shall take guidance from the provisions of the Illinois Nurse Staffing by Patient Acuity Act. Unless otherwise determined by the Committee, staffing recommendations will be consistent with nationally recognized evidence-based standards and guidelines established by professional nursing specialty organizations.

The Committee will review and make recommendations to unit staffing guidelines on an annual basis. Reviews may include data on patient outcomes, ADOs, staff overtime and deviations from the staffing plan. Changes in nurse staffing guidelines will be presented to the Staffing and Acuity Committee for review prior to implementation and after a two (2) week comment period whereby bedside nurses have had the opportunity to provide input and feedback. Such feedback will be reviewed by the Staffing and Acuity Committee and the CNO. If nurses identify regular inconsistencies with the guidelines or if more than five (5) ADOs are filed in a unit within a one-month time frame, the Committee will analyze the data and staffing patterns for the unit to determine any trends and make recommendations to the Chief Nursing Officer. The UBLC member for the unit and a bargaining unit nurse on that unit who completed an ADO in question may attend the Staffing and Acuity Committee meeting in paid status with the agreement of the Committee vice-chairs. Additional nurses may attend by mutual agreement of the Committee vice-chairs.

Managers will make good faith efforts to respond in writing to ADOs in a timely fashion.

H. **Development of an Acuity Tool**. The Committee shall be responsible for developing, evaluating and recommending an acuity tool for approval by the Chief Nursing Officer, with the Medical Center and Union's mutual goal of having the acuity tool being available for use by December 31, 2020. The Union and Medical Center may mutually agree to extend the timeline of the acuity tool, and the parties also may agree to work together to make the acuity tool available for use before December 31, 2020 if reasonably possible.

I. **Subcommittee Work**. Bargaining unit nurses working on subcommittee projects which have been submitted in writing and approved by the Staffing and Acuity Committee Chair, will be permitted up to a combined eight (8) hours of paid time each month (outside their regular FTE) to work on such approved subcommittee projects. The Staffing and Acuity Committee Chair may extend additional subcommittee project hours upon the mutual agreement of the Committee Vice-Chairs.

## Section 1.12   Pay for INA Negotiation Team Members During Negotiations

Members of the INA/SJNA negotiating team will be in paid status during contract negotiations, with a limit of 480 hours of pay for those members in total.

**Section 1.13   Leave for Association Business**

Upon request, the Medical Center, at its discretion, may grant bargaining unit nurses who have completed the introductory period a leave of absence for Association business.  The request shall be submitted at least one (1) month in advance to the manager, in writing.  The manager will approve or deny the request, within fourteen (14) days.  No such leave shall exceed ninety (90) calendar days.  Associates on leave will be required to utilize all available paid time off during such leave.  Seniority shall accrue while on leave.

# Article II
# Management

**Section 2.1   Functions**

Except as specifically limited by the express provisions of this Agreement, the Medical Center retains exclusively to itself the traditional rights (as historically existed prior to Association organization) to operate and manage its business and to direct its associates, including, but not limited to the following: to direct, plan and control facility operations; to exercise control and discretion over the organization and efficiency of operations; to change or eliminate existing methods, materials, equipment, facilities and reporting practices and procedures and/or to introduce new or improved ones; to utilize suppliers, subcontractors and independent contractors as it determines appropriate; to determine what products shall be used; to establish and change the hours of work (including overtime work) and work schedules; to select, hire, direct and supervise associates and assign them work; to classify, train, promote, demote and transfer associates; to suspend, discipline and discharge associates with just cause; to increase, reduce, change, modify, or alter the composition and size of the workforce; to establish, modify, combine or abolish job classifications; to make and enforce rules of conduct, standards and regulations governing conduct of associates; to lay off and to relieve associates from duty because of lack of work or other reasons; to determine the number of departments and units and the work to be performed therein; to determine standards of patient care; to determine the schedules and nature of work to be performed by associates and the methods, procedures, and equipment to be utilized by associates in the performance of such work; to utilize associates wherever necessary in cases of emergency or in the interest of patient care; to introduce new or improved methods or facilities regardless of whether or not such introduction may cause a reduction in the working force; to establish and administer policies and procedures related to research, education, training, operations, services and maintenance of the Medical Center's operations; to determine staffing patterns including but not limited to the assignment of associates, numbers employed, duties to be performed, qualifications and areas worked, to change or abolish any job title, department or unit; to select and determine the type and extent of activities in which it will engage and with whom it will do business; to determine and change starting times, quitting times, shifts, and the number of hours to be worked by associates; to determine policies and procedures with respect to patient care; to determine or change the methods and means by which its operations are to be carried on; to take any and all actions it determines appropriate, including the subcontracting of work, to maintain efficiency and appropriate patient care.

# Article III
# No-Strike/No Lockout

**Section 3.1   No Strike**

For the term of this Agreement, there shall not be, nor shall the Association or any associate(s) encourage, sanction, instigate, promote, sponsor, engage in, participate in or condone any strike, including a sympathy strike, picketing, honoring of a picket line, sit-down, stay-in, slowdown, concerted stoppage of work, or curtailment of work,

restriction of production, intentional interference with operations or the work of others, or boycott, regardless of the reason for so doing.

### Section 3.2    Notice

In the event any associate or group of associates covered by this Agreement do participate in any activity prohibited by Section 3.1, the Association shall immediately, upon being notified by the Medical Center, in good faith instruct such associates or group of associates, orally and in writing, to resume work immediately.  Providing the instruction referenced herein will not absolve the Association from any responsibility or liability which may exist or be imposed under this Agreement, through a state or federal agency or through a court's decision.

### Section 3.3    Penalty

a)  The Medical Center shall have the right, at its sole discretion, to discharge or otherwise discipline any associate who participates in any activity prohibited by Section 3.1.

b)  The only matters which may be the subject to a grievance are 1) whether or not the associate actually participated in such prohibited conduct, and 2) whether the discipline imposed is the same imposed on another associate or group of associates for the same conduct prohibited by this Article.

### Section 3.4    No Negotiations

In the event of a violation of Section 3.1 by associates or the Association, there shall be no negotiation or discussion on the subject matter(s) allegedly causing the violation until after the violation has been terminated.

### Section 3.5    Enforcement

In the event of a claimed violation of Section 3.1 by any associate or group of associates, the Medical Center shall have the right, without warning, nor in lieu of any other rights it may have, to have the immediate judicial restraint of the action in violation of Section 3.1 and the Association will not oppose or remove the action.  Similarly, the Medical Center may, at its discretion, at any time proceed with an action in a court of law to enforce Section 3.1 and 3.2 regardless of, and without waiving its right to proceed in any other forum, such as through the grievance arbitration procedure.

### Section 3.6    No Lockout

During the term of this Agreement, the Medical Center will not institute a lockout over a labor dispute with this Association so long as there is no breach of Section 3.1.

### Section 3.7    Limitation on Grievance

A breach of Section 3.1 by the Association (or associates) or Section 3.6  by the Medical Center shall not be subject to the grievance and arbitration procedures of this Agreement, other than as specifically provided in Section 3.3 (a) and (b).

### Section 3.8    Seniority

Engagement in the conduct prohibited by Section 3.1 shall constitute a break in service and loss of all seniority.

# Article IV
# Grievance Procedure

**Section 4.1**    **Definition**

A grievance is any dispute between an associate and the Medical Center arising under and during the term of this Agreement involving the application of a specific provision of this Agreement or a claimed violation of a specific provision of this Agreement. Two or more identical nurse grievances may be combined at the nurse's discretion, into one grievance, signed by all nurses, in the interest of efficiency. A grievance shall be put in writing and shall specify the grieved action, the specific provision of the Agreement allegedly violated and the requested remedy by completing a "Grievance and Appeal Form."

**Section 4.2**    **Procedure**

**Step 1:**    A grievance shall first be presented to the department manager(s) and/or Human Resources. The meeting to discuss the grievance shall take place within seven (7) calendar days from the date received. A written answer to the grievance shall be mailed, certified or registered, or provided to the grievant or the Association representative, within seven (7) calendar days after meeting with the associate concerning the matter. The associate may have one Association representative attend the meeting.

**Step 2:**    The Step 1 written answer shall settle the grievance unless an appeal in writing is received by the nursing Director and/or Human Resources within seven (7) calendar days of the delivery of the answer in Step 1. The meeting to discuss the grievance shall take place within seven (7) calendar days of the receipt by the nursing Director and/or Human Resources. The Director (or designee) shall mail, certified or registered, or provide to the grievant or the Association representative the written answer to the grievance within seven (7) calendar days after meeting with the associate concerning the matter. The associate may have two Association representatives attend the meeting, for purposes of training a new Association grievance representative.

**Step 3:**    The Step 2 written answer shall settle the grievance unless an appeal in writing is received by the respective area Vice President (or designee) and/or Human Resources within seven (7) calendar days of delivery of the answer in Step 2. The meeting to discuss the grievance shall take place within seven (7) calendar days of the receipt by the Vice President. The Vice President (or designee) shall mail, certified or registered, or provide to the grievant or Association representative the written answer to the grievance with seven (7) calendar days after meeting with the associate concerning the matter. The associate may have up to two Association representatives attend the meeting for purposes of training a new Association representative.

If the Medical Center representative fails to give his/her written answer within the time limits provided, upon expiration of the applicable time limit, the grievance may be appealed to the next step of the procedure within the time limits for an appeal.

Grievances concerning disciplinary suspension and involuntary termination will be filed initially at Step 2 of the Grievance Procedure. However, upon mutual agreement of the parties, involuntary termination grievances may be advanced to Step 3 of the Grievance Procedure.

In the case of group grievances, the Association and the Medical Center recognize that it may not always be possible for all nurses who sign such grievances to attend the grievance hearing, however, provided there is twenty-four (24) hour notice, the Medical Center will accommodate the group grievance.

**Section 4.3     Time Limits**

In order to be considered, a grievance must be presented no later than twenty-one (21) calendar days after the event giving rise to the grievance.  The time limits stated in the grievance and/or arbitration articles herein may be extended only by Agreement in writing.

# Article V
# Arbitration

**Section 5.1     Appeal to Arbitration**

The Medical Center's written answer at Step 3 of the grievance procedure shall settle the grievance unless it is appealed by the Association to arbitration by a notice in writing delivered to the Medical Center's designated Human Resources representative within thirty (30) calendar days of the date of the delivery of the Step 3 answer. The Association will have an additional ten (10) days thereafter to request a panel of seven arbitrators who are members of the National Academy of Arbitrators from the Federal Mediation and Conciliation Service (FMCS). Unless otherwise agreed by the parties in writing, the Association's failure to timely request an arbitral panel from FMCS will result in forfeiture of the Association's right to proceed to arbitration.

**Section 5.2     Designation of Arbitrator**

After the Association has made a timely request for arbitration and the panel of arbitrators has been received by the parties from FMCS, the parties shall select an arbitrator by alternately striking names from the list.  For the first arbitration following the signing of this Agreement, the Association shall strike the first name.  For subsequent arbitrations, the party striking first shall alternate, with the Medical Center striking first for the second arbitration, the Association striking first for the third arbitration, etc.  The last remaining name shall be the arbitrator.  Both parties have the right to reject one panel and request another, from which an arbitrator must be chosen using the above-prescribed procedure.  Following the selection of the arbitrator, the parties shall make arrangements with him/her to hear and decide the grievance without unreasonable delay.

**Section 5.3     Hearing Procedure**

The arbitrator shall conduct a fair hearing, carried on with all convenient speed, and at which the arbitrator shall receive evidence, both oral and documentary.  The Medical Center and the Association shall not rely upon any facts, arguments, or evidence before the arbitrator which were not raised to the Medical Center or to the Association more than thirty (30) days prior to the hearing date, except in situations where such evidence is not otherwise available at least thirty (30) days prior to such hearing date. Each party shall have the right of examination and cross-examination of witnesses, to make a record, and file a post-hearing brief.  The arbitrator shall set the briefing scheduling within a reasonable time after the receipt of a transcript of the hearing, if one is ordered.  No facts that were not brought out at the hearing shall be included in a post-hearing brief.

**Section 5.4     Arbitrator's Jurisdiction**

The arbitrator shall have authority only to interpret and apply the provisions of this Agreement to the extent necessary to decide the submitted grievance, basing his decision on the express language (as distinguished from implied meanings) of this Agreement and without amending, modifying, adding to, subtracting from, or changing this Agreement.  His decision shall cover only the particular issue necessary to resolve the grievance without recommendation or comment on other matters.  If the alleged grievance does not involve an application of the express language of this Agreement, he shall so rule in his award and the matter shall be no further entertained by him.  The provision of the two preceding sentences and/or failure of the associate or the Association to meet time limitations as provided in the Grievance Procedure and/or arbitration procedure are not waived by the Medical

Center's discussion of the grievance or alleged grievance in prior steps or provisions. No liability shall accrue against the Medical Center for a date prior to the date the grievance was presented in writing, or in disciplinary cases, to the date of the discipline (and taking into consideration interim compensation and efforts to mitigate damages). Except by written agreement between the Medical Center and the Association, no more than one (1) grievance shall be submitted to the same arbitrator at one (1) hearing provided that grievances which have the same factual background or which will (or may) require consistency of interpretation of a single provision of this Agreement may, upon mutual agreement, be presented to the same arbitrator at one (1) hearing, if they have reached the arbitration stage together.

### Section 5.5     Award and Expenses

The arbitrator's award rendered in accordance with this Agreement shall be final and binding on the Medical Center, the Association, and all associates concerned. The expenses and fees of the arbitrator as well as the cost of a transcript for the arbitrator shall be shared equally by the Medical Center and the Association. The cost of the transcript, if any, of the hearing shall be paid by the party ordering it; if both parties desire it, the total cost of the stenographer and transcripts shall be shared equally. Any party refusing to pay an equal share of the stenographer/ transcript cost will not be privy to a copy of said transcript. The cost of the room(s) used for the hearing and all miscellaneous costs directly related to the arbitration hearing shall be shared equally by the parties. All other expenses shall be paid by the party incurring them. Either party may be represented by counsel.

# Article VI
# Introductory Period/Seniority

### Section 6.1     Introductory Period

The introductory period for a new bargaining unit registered nurse shall be ninety (90) calendar days. There shall be no seniority of any kind among introductory associates, and such an associate may be transferred, laid off, discharged, or otherwise terminated at the sole discretion of the Medical Center. Introductory associates shall not have access to the grievance procedure for corrective action and discharge and shall have only those benefits specifically referenced in the Agreement as applicable to introductory associates.

The Medical Center may, with the agreement of the registered nurse, extend the introductory period for up to an additional thirty (30) days in order to more fully assess the new bargaining unit nurse's skills and abilities. This assessment will include a review meeting where the manager and the registered nurse will develop a written plan for improvements that includes expectations, available resources, and a date for a reassessment meeting.

Upon completion of the introductory period, the bargaining unit registered nurse's seniority shall date back from the beginning of the introductory period.

### Section 6.2     Seniority

Seniority shall be defined as the length of continuous employment in a bargaining unit position since the last date of hire in a bargaining unit position. If such associate leaves the bargaining unit by ending their employment with the Medical Center, seniority shall be lost, except in cases when the associate leaves an FTE status bargaining unit position to accept a management position and returns to the bargaining unit within six (6) months, in which case they will retain their original seniority date. Seniority shall stop accumulating for an FTE status nurse who leaves her position to become an In House Registry. Should the associate return from an In-House Registry position to an FTE status bargaining unit position, the nurse shall have the seniority date she had prior to becoming an In House Registry. For example, a bargaining unit nurse with five (5) years seniority on the date she takes an In House Registry position, and stays in the In House Registry position for ten (10) years, and then returns to a FTE position, will have five (5) years seniority upon her return to the FTE position.

Seniority rights are created only by this Agreement and exist only to the extent expressed herein. Seniority shall not establish any right to the continuation of any work in the Medical Center or any given location but only serves as a qualification for rights as expressly provided for in this Agreement and for no other purpose, and is specifically limited to this Medical Center and cannot be exercised elsewhere under any circumstances.

### Section 6.3    Seniority List

The Medical Center will provide the Association with a seniority list in an electronic format every six (6) calendar months. Every other month, on a calendar basis, the Medical Center shall notify the Association electronically of the names of new bargaining unit associates and those who have terminated.

In September of each year, Human Resources will ensure that a current seniority list is placed on each unit, in the nurses break room for bargaining unit nurses to view. Any bargaining unit nurse who believes that his/her seniority date is incorrect may contact Human Resources to dispute the date within 60 days of the date the seniority list is placed on the unit.

### Section 6.4    Resignation

An associate must give two (2) weeks notice prior to resignation. This notice shall be actual time worked.

### Section 6.5    Lay Off/Displacement/Recall

(a) Definitions:  A displacement occurs when the Medical Center eliminates a nurse's position, but other bargaining unit vacancies are open for which the nurse may be qualified to fill. A lay off occurs when the Medical Center eliminates a nurse's position, and there are no other bargaining unit vacancies open for the nurse to fill.

(b) When the Medical Center determines that a displacement or lay off shall occur, it will give the affected associate(s) and the Association thirty (30) days' notice. The Medical Center will provide the Association with 1) a list of all bargaining unit nurse positions to be eliminated; 2) a current updated seniority list; 3) a list of current unfilled bargaining unit vacant positions at the Medical Center. As soon as practical, the Medical Center and the Association will arrange a date and a time schedule for each affected nurse to make a selection in accordance with Section 6.5 (c), with an Association representative present.

The associate(s) to be displaced or laid off shall be determined in the following manner: Displacements and lay offs shall be on a unit basis. The Medical Center shall determine which position description title(s) in which unit(s) are to be decreased or eliminated.

When the Medical Center has determined that a displacement or lay off shall occur, it will hold the applications of new hires and uncommitted transfers until the displaced nurses make selections pursuant to Section 6.5(c).

Bargaining unit nurses on the unit who are in their initial introductory period shall be displaced or laid off first. Thereafter, in recognition of the need to provide quality nursing care, the Medical Center's determination of each nurse's skills, abilities, and qualifications shall be the determining factors as to which nurses are retained in the affected position description title(s) and unit(s). If the Medical Center determines that these factors are equal among two or more nurses, then the nurse(s) with the least seniority shall be displaced or laid off first.

(c) The displaced nurse(s) shall be given the opportunity, in Seniority order, to select a bargaining unit position of the same position description title from a list of such open positions to be filled, provided the Medical Center determines (s)he has the skills, abilities, and qualifications to perform the duties of the position. If a nurse fails or refuses to select such a position within fourteen (14) days offered by the Medical Center, the nurse shall be considered a voluntary resignation. Notwithstanding the foregoing, a nurse shall not be

required to accept a vacancy for which the nurse is not qualified or one that requires a decrease in salary; and under the foregoing circumstances, such nurse shall be entitled to severance benefits pursuant to Article XII of the Agreement. If no such vacant positions are available, the nurse may choose to be transferred to an In-House Registry IV position, provided he/she is competent to work, or to be laid off. In either event, the names of the laid off nurses shall go on a seniority list.

(d) When a job in a particular position description title in the bargaining unit is to be filled, the most senior bargaining unit nurse on the lay off list who held that position description title at the time of lay off shall be recalled to that position provided he/she has, in the Medical Center's determination, the skills, abilities, and qualifications to perform the job. If a nurse refuses or fails to report for a job offered pursuant to this subsection, he/she shall be considered a voluntary quit. Any nurse whose name has been on the lay-off list for twelve (12) months or the length of his/her seniority, whichever is shorter, and who has not been recalled, shall be terminated.

(e) Any nurse who is laid off pursuant to Article 6.5 shall continue to accumulate seniority and service credit for the period of their lay off, not to exceed six (6) months from the date of layoff.

(f) A nurse who is displaced into a new bargaining unit position will be "exempt" from the six (6) month transfer waiting period should (s)he apply for and be accepted into another bargaining unit position. The same would apply to a laid off nurse recalled to a new bargaining unit position.

Section 6.5 shall not apply when the Medical Center excuses associates from scheduled shifts on "Hospital Excused" time.

## Section 6.6     Discipline

Discipline shall be for just cause and shall be imposed in a reasonably timely manner.

Managers will make an effort to discuss matters with nurses when they may result in disciplinary action. However, the failure to do so will not preclude initiating formal discipline in accordance with the Medical Center's corrective action policy, in place at the time formal discipline must be initiated.

Nurses may review and rebut all progressive corrective actions which may be used to support further corrective actions.

Nurses will be given two (2) business days of notice of the nature of a meeting in the event 1) it is of an investigatory nature that may result in discipline for that nurse, or 2) it is a disciplinary action conference. The notice will include the reason for the meeting. At the investigatory meeting, the nurse will be provided with information of the potential rule violation, provided that the parties agree that the employer will not be precluded from considering or utilizing information not provided at that time to the nurse. In emergency situations where the two business days' notice requirement could adversely impact patient or associate safety, such as an allegation of drug diversion, the investigatory meeting may take place sooner than two business days, with the mutual agreement of the Association and the Medical Center. If the nurse wishes, an Association representative may be present at any investigatory interview or at any disciplinary action conference, which could result in disciplinary action to the associate whose conduct or performance is being investigated. It is the responsibility of the nurse to seek available Association representation and the investigatory meeting may not be postponed due to the lack of availability of a preferred representative beyond the two business days' notice period. The Medical Center will make two (2) attempts to contact the nurse to schedule the investigatory meeting. If the nurse does not respond or if the nurse fails to attend the investigatory meeting, the Medical Center will rely upon the information available. Nurses are not entitled to Association representation in other nurse-management meetings and conferences that are of a non-disciplinary nature.

# Article VII
# Hours of Work and Extraordinary Pay

**Section 7.1**     **Normal Shifts**

A normal straight time scheduled work shift shall consist of from four (4) to twelve (12) consecutive hours as assigned by the manager, excluding any unpaid lunch period.

A nurse will typically be informed of his/her anticipated normal straight time work shifts, which may range from 4 to 12 consecutive hours, excluding any unpaid lunch period, but such shall not be guaranteed and the Medical Center reserves the right to revise, change, alter, increase or decrease those shifts as the Medical Center determines appropriate.

**Section 7.2**     **Additional Staff**

Provided such assignments are consistent with Public Act 094-0349, nothing in this Article or Agreement shall prohibit the Medical Center from scheduling or assigning nurses as it determines appropriate in the event circumstances occur such that the Medical Center determines additional work hours or nurses are needed; however, if a manager determines that additional work hours are needed, the additional hours shall be assigned to those who volunteered before others are assigned provided that the assignment of the volunteer(s) is determined by the manager to be operationally sound and cost prudent.

**Section 7.3**     **Temporary Reassignment**

As determined by the Medical Center, and with sixty (60) minutes of notice, bargaining unit associates may be temporarily reassigned. Bargaining unit associates must complete RN unit specific orientation prior to being temporarily reassigned to that unit. Temporary reassignment will be limited to clinically related areas of expertise. The Medical Center and the Association consider units in the following areas as clinically related, which as of the date of the signing of this Agreement include:

| **Medical/Surgical** | **Critical Care** | **Telemetry** |
|---|---|---|
|  |  | Progressive Care Unit |
| Medical/Surgical Unit | CI/CVICU | Telemetry Unit |
| PM&R | Neuro ICU | Short Stay Unit |
|  |  | Neuro Unit |
|  |  | Oncology/Med/Tele-Unit |
|  |  | Surgical Unit |
|  |  | Ortho/Surg Unit |

| **Cardiac Services** | **Emergency Services** | **Peri-Anesthesia Surgical** |
|---|---|---|
| Cardiac Rehabilitation | Emergency Department | Outpatient Surgery Dept |
| Cardiology Stress Lab |  | Pre-Admission Testing |
|  |  | Post Anesthesia Recovery |

**Separate Service Areas**
Peds Unit/PICU
LDRP Unit
NICU
Behaviorial Health
Surgery/CVOR
Cardiac Cath Lab
Interventional Radiology Dept
Dialysis Unit
Infusion Therapy
Endoscopy

It is understood that these designations may change at the determination of the Chief Nursing Officer. The Association shall be notified when changes are being considered and, upon request, the Medical Center will be willing to meet with the Association for their input before the implementation of the changes, provided such meeting occurs within four (4) weeks of notification.

Nurses will possess the necessary skills, abilities, and qualifications to provide nursing care within their service line. It is the responsibility of that reassigned bargaining unit nurse to identify any assignment that is beyond their skills, abilities and qualifications. The Medical Center will provide education and training to any bargaining unit nurse not possessing the skills, abilities and qualifications to ensure competence. Job required education and training shall be provided during paid time when approved. Unit based staff nurses will be involved in the development of the educational plan for the service line. When not specifically required for the job, a nurse who wishes to take an ACLS or telemetry class offered by the Medical Center, may do so on their own time, at no cost to the nurse.

All temporary assignments shall be subject to the Medical Center's determination of the skills, abilities and qualifications of bargaining unit personnel for assignments given. The nurses' competencies and skills will be used in making the determination. New associates, still in their introductory period, will not be temporarily reassigned, unless they are reassigned with their preceptor or unless they already possess the skills, abilities and qualifications to perform the work in the reassigned unit. New graduate nurses will not be temporarily reassigned or eligible for voluntary HE's until after the first six (6) months of employment. A temporary reassignment rotation list will be established on each unit comprised of In House Registry I and II, .1, .2, .3 and .4 RN's who will be the first to be temporarily reassigned provided they have the appropriate qualifications as referenced above and the temporary reassignment does not result in overtime to the unit.

Remaining bargaining unit nurses will be temporarily reassigned for all or part of a shift; this will be considered a turn. Only one temporary reassignment will be given during a regularly scheduled shift, unless the second reassignment is back to the nurse's unit, or with the mutual consent of the nurse. Every unit shall maintain a record of temporary reassignments. In the event there are no volunteers for reassignment, staff will be reassigned on a rotational basis.

A temporarily reassigned nurse, upon request, shall have a brief orientation to the unit by a registered nurse familiar with the work and practices of that unit.

### Section 7.4    Break/Lunch

Associates who are scheduled to work a straight time shift of eight (8) hours or more shall receive two ten (10) minute paid breaks and a one-half (1/2) hour unpaid lunch period. Associates who work twelve (12) hour shifts may receive three ten (10) minute paid breaks and shall receive a one-half (1/2) hour unpaid lunch period.

### Section 7.5    Overtime

Bargaining unit nurses who are designated "over 40" shall receive overtime pay of one and one-half (1 & ½) times the regular base rate for actual hours worked in excess of 40 hours in a work week.

### Section 7.6    Call-In Time

An associate must call in to report her/his absence at least two (2) hours before her/his scheduled shift start time.

### Section 7.7    Hospital Excused Time

If it is determined that an associate does not need to work her/his scheduled shift, or any portion of that shift, the associate will be called at least one and one half (1½) hours before the scheduled start time and excused from work.

The term "call" in this section means placing a telephone call to the associate's last telephone number on file with

her/his department. It is the responsibility of the nurse to ensure that one preferred, working phone number is on file with the nurse manager. The excused time referenced in this section shall be designated "Hospital Excused."

If the Medical Center calls the nurse less than one and one half hours prior to the start of the nurse's scheduled shift, the HE'd nurse will be guaranteed a minimum of two (2) hours pay at the nurse's straight time rate. In the alternative, if mutually agreed upon by the bargaining unit nurse and the manager, the nurse may stay home without compensation.

If a scheduled nurse has not been called within the timeframe identified above, and arrives at the Medical Center, the nurse will be guaranteed a minimum of four (4) hours work or pay, at the manager's discretion. Pay will be at the nurse's straight time rate, plus all applicable differentials and premiums.

At the nurse's request, hospital excused time may be compensated by using accrued PTO ("paid time off") time or earned holiday time. The nurse may also elect to take the day as unpaid. When assigned HE time, nurses will continue to accrue PTO and EIB time and hours of service for pension purposes, even when the day is unpaid, to the extent they would otherwise have accrued had they been working.

Based upon the needs of the Medical Center, bargaining unit nurses are HE'd per unit and by shift. In determining who will be excused when HE time is necessary; the following order will be utilized:

a) Agency (except that a volunteer may be He'd prior to a contract agency nurse with mutual agreement by the bargaining unit nurse a manager or his/her designee)
b) Overtime shifts;
c) Incentivized shifts;
d) Weekend Program Nurses
e) Volunteers;
f) IHR III and IV;
g) Extra shifts;
h) IHR I and II;
i) CCRT benefit status;

j) If there are no volunteers, if more than one nurse volunteers' nurses will be HE'd using the rotational list. The nurse with the HE date most distant from the current date will be HE'd.

The following guidelines will be used for holidays:

a) Volunteers, if there is more than one nurse volunteer then nurses will be HE'd using the most distant date according to the Unit's HE log.

b) If there are no volunteers, nurses will be HE'd using the HE algorithm. The nurse with the HE date most distant from the current date will be HE'd.

The Medical Center retains the discretion to vary from selecting the next nurse on the rotational list, taking into consideration the staffing mix, in the interest of quality patient care. An "HE" of four hours or more is considered a "turn". On non-24 hour units a HE of two hours or more is considered a "turn".

In any given pay period, a nurse (not agency or In House Registry) who has been HE'd a full shift during that pay period, may replace a nurse working on her unit in one of the following categories: 1) agency; 2) overtime shift; 3) In House Registry I, II, III, and IV; and; 4) extra straight time shift above FTE status. It is the responsibility of the affected nurse to initiate a request with his/her manager or manager designee. The replacement shift must be a straight-time shift within the nurse's FTE status, and their request will be granted provided it is operationally sound and

possible.

If the nurse is HE'd for the first part of the shift, (s)he will be given the option to be HE'd for the second part of the shift. Unless another nurse on the unit will be on overtime, then (s)he will be the next HE. A HE will not be split by more than two nurses per shift. Instead of HE, with the mutual agreement of the nurse manager and the nurse, the nurse may be placed on "standby". The nurse will receive $3.50 per hour for each hour on standby, and if called in, (s) he will receive straight time pay (unless in overtime status) for hours worked, plus any applicable differentials. When the nurse reports pursuant to this section, standby pay stops. Nurses on standby who are called in are expected to report to their unit within sixty (60) minutes of notification. At the nurse's request, nurses may use available PTO or holiday pay while on standby.

## Section 7.8    Work Schedules

At the staff's request, a hard copy of straight-time shift work schedules consisting of six -week listings, shall be posted at least two (2) weeks in advance; however, all parties agree that the schedule in Kronos is the governing schedule. These schedules shall not be changed after posting except by the manager's determination of hospital excused time or by mutual agreement between the patient care manager and associate.

If a manager needs to make a long-term change in a nurse's pattern schedule (i.e., a change that will last longer than the next schedule period), the manager will seek volunteers prior to changing the nurse's pattern schedule. If there are not sufficient volunteers, long-term changes to the pattern schedule will be made by inverse seniority.

## Section 7.9    Self-Scheduling

Upon approval by the manager, a unit may self-schedule, that is, the associates may determine the unit's work schedules. If such scheduling occurs, the manager must approve all schedules and may change the schedules as she/he determines appropriate.

## Section 7.10    Rotation

A nurse shall not be scheduled to work straight-time day, evening and night shifts, in the same pay period, unless by mutual agreement or in emergency situations. For purposes of this section, a day shift shall be a shift which starts between 6am and 12 noon, an evening shift shall be a shift which starts between 12:01pm and 6pm, and a night shift shall be a shift which starts between 6:01pm and midnight.

Nurses on eight (8) hour shifts shall not be scheduled for more than five (5) consecutive days of work, unless by mutual agreement between the nurse and the manager. Nurses on twelve (12) hour shifts shall not be scheduled for more than three (3) consecutive twelve (12) hour shifts, unless by mutual agreement between the nurse and the manager.

As positions become available, shift assignments may, at the discretion of the manager, be designated as straight days, afternoons or nights. Such positions shall be filled in accordance with Article 13.4 Filling of Vacancies.

## Section 7.11    Shift Premium

Bargaining unit nurses shall receive a shift premium of $3.50 per hour for each hour actually worked between the hours of 3:00pm and 11:30pm, and $4.00 per hour for each hour actually worked between the hours of 11:00pm and 8:01am, provided the nurse works a minimum of two (2) consecutive hours or more during either period.

## Section 7.12    Weekends

a) **Definition**: The weekend shall be defined as shifts starting at 7:00 pm on Friday through 6:59 pm on Sunday.

b) **Weekend Schedules**: Nurses who work on units which regularly require twenty-four (24) hour coverage will

normally be scheduled to be off duty every other weekend. Such nurses may have a substitute work an assigned weekend shift provided the substitute agrees in writing to do so, the substitute holds the same position description title as the nurse and no overtime pay would be incurred. The manager must be notified in advance of any such arrangement and must approve it in writing. A nurse shall always be responsible for her/his assigned work shifts; if a substitute agrees and is approved to work a shift, the substitute shall be responsible for the shift. If the manager must change a nurse's normally scheduled weekend off, the manager will discuss with the nurse in advance of the posting of the schedule.

In the event a nurse is granted a vacation period of fourteen (14) or more consecutive calendar days, the nurse shall not be required to secure a substitute for one (1) weekend of that time period when he/she would otherwise have been scheduled to work.

### Section 7.13    Weekend Differential

Bargaining unit nurses shall receive 110% of their regular straight time rate for each actual hour worked between 11pm on Friday and 11pm on Sunday.

### Section 7.14    Call Pay

Bargaining unit nurses shall be paid three dollars and seventy-five cents ($3.75) for each hour of assigned/scheduled call time. Time paid under this clause shall not be used to compute hours worked in any workday, work week, or for benefit computation.

Nurses called out shall be paid one and one-half (1-1/2) their regular straight time rate plus the applicable shift or premium differential. Nurses will be guaranteed three (3) hours minimum pay when they report pursuant to this section. When a bargaining unit nurse reports to work pursuant to this section, call pay stops. If the nurse is called out more than one time during the on-call period, all subsequent call outs after the initial call will be paid from the time the nurse leaves home to the time (s)he clocks out at the Medical Center.

The following applies to nurses who take call: if a nurse is on the call schedule immediately following his/her shift, and the nurse works at least one hour beyond his/her regularly scheduled shift, the nurse will be paid time and one-half for hours worked after the end of the scheduled shift; the three-hour minimum does not apply. A nurse who takes call but is not on the call schedule immediately following his/her shift, who is mandated to work beyond his/her regular shift and who works at least one hour beyond his/her regularly scheduled shift will be paid time and one-half for hours worked after the end of the scheduled shift, the three hour minimum will not apply.

In situations in which a nurse is scheduled on-call, the Medical Center retains the right to fill the scheduled shift or partial shift with another available bargaining unit nurse up to two hours before the scheduled shift. Within two hours of the scheduled shift the on-call nurse scheduled for a shift or partial shift for the unit/department cannot be "bumped" by another available nurse, unless the on-call nurse voluntarily relinquishes the call and another nurse is able and willing to work the shift or extra shift.

The Medical Center, in recognizing the value of our most experienced nurses beyond the age of 60 years, agrees that such nurses not in a single incumbent or specialty position, do not have to take call within a numeric limit of no less than one person or no more than 5% of the unit. If the number of registered nurses beyond the age of 60 years numbers more than 5% of the unit, on-call shall be rotated among those nurses over 60 years of age. A nurse eligible for the call exemption must notify his/her manager within two (2) weeks of his/her 60th birthday or annually thereafter that he/she wishes to be exempt from call beginning with the next schedule. If eligible for the exemption, the exemption will continue thereafter unless the associate and his/her manager agree otherwise or the associate is

no longer eligible for the exemption.

**Section 7.15    Charge Pay and Duty**

Charge duty means the assignment of specific responsibilities for the coordination of the patient care of a specific nursing unit on a single shift. A charge nurse will serve as an effective role model and mentor. The parties agree that the manager will generally seek the agreement of the nurse before placing him/her in a charge role; however, a manager retains the right to assign charge duties without agreement when necessary.

Essential Duties and Responsibilities of a Charge Nurse include the following.

1.    Completes patient/family rounds daily.  Addresses any immediate safety issues or concerns.

2.    Coordinates patient assignments of staff based on acuity, activity indicators (admission, discharge or transfer) and staff competency.

3.    Coordinates fully relieved mealtimes.

4.    Rounds on staff to insure they are managing patient care assignment effectively. Serves as the primary clinical resource for staff nurses caring for patients with changes in condition.

5.    Problem solve patient care issues/events occurring during their shift.

6.    Facilitates effective lines of communication with physicians.

7.    Ensures RN's are completing Variance and Adverse Drug Reaction reports based on identified unit, intra-departmental and/or patient care issues.

8.    Ensures required emergency equipment is available, checked and working. Reports hazards or deficiencies of equipment immediately to Service Response Center.

9.    Resolves Pyxis discrepancies by the end of every shift.

10.    Serves as the point of contact for all unit call-offs and documents appropriately.

11.    Collaborates with PCM or designee and/or Hospital Operations Administrator in preparing staffing plan for upcoming shift.

12.    Utilizes the chain of command as appropriate and communicates unexpected issues or events to manager.

13.    Other duties may be assigned.

In determining whether to place a nurse in a charge role, managers will take into consideration past performance evaluations, corrective action and the nurse's ability to fulfill charge nurse responsibilities. In order to be eligible for the charge nurse role, a nurse must have a minimum of one year of experience as a registered nurse, at least six months of experience on the particular unit, and have precepted for not less than eight (8) hours.

Although this job has no supervisory responsibilities, the role provides ongoing support for the efficient and effective operations of the unit on a shift-to-shift basis.

The charge nurse and patient care manager or designee, on a daily basis, will collaboratively determine if the charge nurse will carry no direct patient care assignment or will modify his/her assignment based on patient safety, patient census, staffing guidelines or unexpected events.

Bargaining unit nurses, when assigned an "in charge" position by the Medical Center, shall receive three dollars ($3.00) per actual hour worked in that position.

### Section 7.16    Central Clinical Resource Team Assignment Premium

FTE and IHR III and non-grandfathered IHR IV nurses assigned to the CCRT shall be eligible for a $1.92 per hour premium for time worked in CCRT designated service lines.  The $1.92 per hour premium replaces the CCRT Bonus that was formerly paid to CCRT assigned nurses.

### Section 7.17    No Pyramiding

There shall be no pyramiding of pay, premium pay, differential or other compensation under this Collective Bargaining Agreement.

### Section 7.18    Temporary Inpatient Unit Closure/Mergers

Based on anticipated census and resource needs, the Medical Center may elect to temporarily merge or close a unit.

A unit closed for over 72 hours will be considered temporarily closed. When the Medical Center determines that a unit will be temporarily closed, it will give the affected nurses and the Association as much notice as practical.

Temporarily closed unit staff will be considered regularly scheduled staff. HE requests will be taken and staff will be reallocated by the HOA in accordance with Article VII, Section 7.3 and 7.7 of the contract within their service line. Staff may volunteer to work outside their service lines, if competencies are met.  If the affected nurse's regular shift is unavailable, (s)he may choose to work another available shift (example: scheduled shift of 7am-3pm unavailable, may pick available 3pm-11pm shift).

### Section 7.19    Staffing Guidelines

AHSJMC shall adjust staffing based on factors which include staffing plans reviewed by the Staffing and Acuity Committee, patient census, acuity and care needs, skill mix and experience levels, professional association recommendations, applicable regulatory requirements and laws (if any) and budget considerations.  Staffing will account for routine fluctuations in census, call-offs and leaves.

Upon annual review of a unit's staffing plan, the UBLC in collaboration with their manager, may develop a staffing plan to include a free charge nurse or relief nurse within the unit's staffing allocation.

In the event the unit manager or designee determines the number of nurses on a unit falls below the recommended staffing plan (taking into account the staffing factors listed above in this section) AHSJMC may utilize CCRT, overtime and IHR nurses (if available) to reach the recommended staffing plan for that shift.

If a healthcare emergency causes a change in the number of patients on any unit the hospital will take reasonable action necessary to maintain adequate staffing levels, including but not limited to making unilateral changes to pay and benefits programs to assist in staffing efforts during the emergency.  No such unilateral changes would reduce pay or benefits. A healthcare emergency is defined for this purpose as an unpredictable or unavoidable occurrence at unscheduled or unpredictable intervals relating to healthcare delivery requiring immediate medical intervention and care.

# Article VIII
# Track Scheduling

**Section 8.1**    **Days for Track Scheduling Purposes Only**

The following tracks shall normally be recognized for scheduling purposes for bargaining unit associates who work either an eight (8) hour or twelve (12) hour shift:

| **Track A** | **Track B** |
|---|---|
| New Year's Day | Memorial Day |
| Independence Day | Labor Day |
| Thanksgiving Day | Christmas Day |
| Christmas Eve | New Year's Eve |

Nurses assigned to work Track A shall be scheduled off work on Track B; nurses assigned to work Track B shall be scheduled off work on Track A. The track designations shall rotate annually thereafter and will be posted by the Medical Center. Based upon unit need/demand, the manager may move bargaining unit nurses to another day within the week. That opportunity is provided to nurses in seniority order, most senior to least senior. The nurse can take advantage of this change once in a calendar year. Tracks for a nurse will not be changed more than twice in a calendar year without mutual agreement between the manager and the nurse.

For nurses assigned to departments/work areas that operate on a twenty-four (24) hour per day/seven (7) days per week basis, the track holiday will be the 24-hour period commencing at 7:00 a.m. on the day of the recognized/celebrated holiday.

For all other nurses any above-named track which falls on a Saturday shall be recognized/ celebrated for tracking purposes the preceding Friday and any above-named track which falls on a Sunday shall be recognized/ celebrated for tracking purposes on Monday when so recognized by the state and federal government. The Medical Center will notify these nurses of the day recognized/celebrated each year.

**Section 8.2**    **Precedence**

The work track scheduling stated in this section shall take precedence over all other scheduling including weekends, vacations, etc., that is, if a nurse is assigned to work pursuant to this article he/she must work even though he/she would otherwise be scheduled off because of vacation, the weekend assignment schedule, etc. (unless the nurse obtains a substitute for the scheduled holiday).

**Section 8.3**    **Failure to Work**

Unless HE'd, if a nurse does not work when assigned and/or expected to work pursuant to this Article, the nurse may be scheduled any other track day assigned by the Medical Center within the next 12 months from the nurse's "off work" track.

**Section 8.4**    **Additional Staff**

Nothing in this article shall prohibit the Medical Center from scheduling or assigning nurses as it determines appropriate in the event circumstances occur such that the Medical Center determines that additional nurses are needed; however, if a manager determines that additional work hours or nurses are needed on a track scheduling shift, the hours shall be assigned to those who volunteered before others are assigned provided that the assignment of the volunteer(s) is determined by the manager to be operationally sound and cost prudent.

**Section 8.5**     **Scheduling**

A nurse shall not be temporarily reassigned to another unit on their scheduled holiday, unless (s)he volunteers to do so.  When making schedules that contain holiday track day(s), the manager will schedule nurses' holiday work on the shift they customarily work.

# Article IX
# Holidays

**Section 9.1**     **Number of Holidays**

The following are holidays for eligible full-time and part-time benefit status nurses:

| | |
|---|---|
| New Year's Day | Martin Luther King Day |
| Good Friday | Labor Day |
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day |

For nurses assigned to departments/work areas that operate on a twenty-four (24) hour per day/seven (7) day per week basis, the above-named holidays will be recognized/celebrated on the actual day of the holiday. For all other eligible nurses any above-named holiday falling on a Saturday shall be recognized/celebrated the preceding Friday and any above-named holiday falling on Sunday shall be recognized/celebrated on Monday when so celebrated by the state and federal government. The Medical Center shall notify these nurses of the day which shall be recognized/celebrated as the holiday.

**Section 9.2**     **Eligibility**

To be eligible for the alternative day off (added PTO) or holiday pay referenced in Sections 9.3 and 9.4 of this Article, a full-time or part-time benefit status nurse must be actively at work on the current payroll and

   a)     have successfully completed thirty (30) calendar days since last date of placement in the bargaining unit; and

   b)     have been otherwise scheduled to work and have worked, as scheduled (unless HE'd); and

   c)     have worked, as scheduled, the last scheduled working day and shift prior to and the first scheduled working day and shift after the day recognized/celebrated as the holiday, unless excused by his/her manager for a good cause. Good cause includes a legitimate illness supported by medical documentation, an approved leave, a severe weather day as identified by the Medical Center; and

   d)     shall not receive compensation in any other form from the Medical Center, and benefit plan or by any order, regulation, determination, or practice of any state or federal agency for the period covered by the holiday as stated in Section 1.

**Section 9.3**     **Working on a Recognized/Celebrated Holiday**

Bargaining unit nurses who are scheduled to work on the day recognized/celebrated as a holiday shall receive 150% of his/her regular straight time rate for each actual hour worked on that day (meaning the 24 hour period

27

commencing at 7am on the day of the recognized/celebrated holiday, i.e., 7am on July 4, if the recognized/celebrated holiday is Independence Day and end 24-hours later on July 5, except that nurses who work a 12-hour shift will work and be paid for 12 hours on holidays). A nurse who is scheduled to work on such day but does not work as scheduled, shall not be eligible for holiday pay, unless management has designated the associate off on "hospital excused" time as defined in Section 9.2 (c).

a)    Eligible Full-Time Nurse

If an eligible full-time bargaining unit nurse works on a recognized/celebrated holiday, the bargaining unit nurse shall be paid out eight hours of holiday PTO unless the employee requests the eight (8) hours holiday PTO be added to the employee's accrued PTO bank to be used on an alternative day. Requests for the alternative day off must be submitted in writing in advance and approved by the Medical Center.

b)    Eligible Part-Time Nurse

If an eligible part-time benefit status bargaining unit nurse works on a recognized/celebrated holiday, the nurse shall be paid out holiday PTO based on her/his FTE status and regular straight time rate (example: if the bargaining unit nurse has a FTE status of .6, holiday pay shall be .6 x 8 hours x regular straight time rate or 4.8 hours x his/her regular straight time rate) in addition to the pay for hours worked.

**Section 9.4    No Work on a Recognized/Celebrated Holiday**

a)  Eligible Full-Time Nurse

If an eligible full-time nurse is not assigned to work on the recognized/celebrated holiday the bargaining unit nurse shall be paid out eight hours of holiday PTO unless the nurse requests the eight (8) hours of holiday PTO be added to his/her PTO bank prior to payroll submission.

b)  Eligible Part-Time Nurse

If an eligible part-time benefit status nurse is not assigned to work on the recognized/celebrated holiday, the nurse shall be paid out holiday PTO based on his/her FTE status and regular straight time rate unless the nurse requests the holiday PTO to be added to his/her PTO bank prior to payroll submission. Part-time holiday PTO is based on the nurse's FTE status (example: If the nurse has a FTE status of .6, holiday pay shall be .6 x 8 hours x regular straight time rate or 4.8 hours x his/her regular straight time rate).

# Article X
# In House Registry Nurses

The Medical Center is committed to staffing its nursing unit to ensure the delivery of high quality and cost-effective care to its patients.  In House Registry Nurses are a vital part of the Medical Center's staffing plan and serve to supplement each unit's core staffing.

**Section 10.1    In House Registry Nurse I (Unit Based)**

In House Registry Nurse I nurses are bargaining unit nurses who report to a unit manager, with the following commitment:

1)  The nurse shall agree to work, when needed, a minimum of nine (9) posted shifts in a six (6) week schedule.
2)  The nurse shall agree to work, when needed, three (3) weekend shifts in a six (6) week schedule.

3) The nurse shall agree to work two (2) tracked holidays of the manager's choice.

The following Articles/Sections shall not apply to In House Registry Nurse I nurses: Article VI, Section 6.2, (Seniority), Section 6.5 (Lay Off/Displacement/Recall), Article VII, Section 7.9 (Self-Scheduling), Article IX, Section 9.1 (Number of Holidays), Section 9.2 (Eligibility), Section 9.3 (Working on a Recognized/Celebrated Holiday – other than rate of pay), Section 9.4 (No Work on a Recognized/Celebrated Holiday), Section 11.2 (Paid Time Off ("PTO" Program), Section 11.3 (Anniversary Bonus PTO), Section 11.4 (Extended Illness Bank), Section 11.5 (Medical Leave), Section 11.6 (Return from Leave), Section 11.9 (Vacation), Section 11.10 (Jury Duty), Article XII (Benefit Programs, except as is provided in Article XII), Article XIII, Section 13.1 (Employment Status), Article XIV.

## Section 10.2    In House Registry Nurse II (Unit-Based)

In House Registry Nurse II nurses are bargaining unit nurses who report to a unit manager, with the following commitment:

1) The nurse shall agree to work, when needed, a minimum of fifteen (15) posted shifts in a six (6) week schedule.
2) The nurse shall agree to work, when needed, six (6) weekend shifts in a six (6) week schedule.
3) The nurse shall agree to work two (2) tracked holidays of the manager's choice.

The following Articles/Sections shall not apply to In House Registry Nurse II nurses: Article VI, Section 6.2, (Seniority), Section 6.5 (Lay Off/Displacement/Recall), Article VII, Section 7.9 (Self-Scheduling), Article IX, Section 9.1 (Number of Holidays), Section 9.2 (Eligibility), Section 9.3 (Working on a Recognized/Celebrated Holiday – other than rate of pay), Section 9.4 (No Work on a Recognized/Celebrated Holiday), Section 11.2 (Paid Time Off ("PTO" Program), Section 11.3 (Anniversary Bonus PTO), Section 11.4 (Extended Illness Bank), Section 11.5 (Medical Leave), Section 11.6 (Return from Leave), Section 11.9 (Vacation), Section 11.10 (Jury Duty), Article XII (Benefit Programs, except as is provided in Article XII), Article XIII, Section 13.1 (Employment Status), Article XIV.

## Section 10.3    In House Registry Nurse III (Centralized Clinical Resource Team Based)

In House Registry III nurses are bargaining unit nurses who report to the Clinical Resource Team manager or other designated manager, with the following commitment:

1) The nurse shall agree to work, when needed, a minimum of fifteen (15) posted shifts in a six (6) week schedule.
2) The nurse will be competent to work and shall work among 1) Med/Surg and Telemetry, or 2) Critical Care and Emergency Services, or 3) Maternal/Child Services (Peds/PICU, LDRP and Special Care Nursery).
3) The nurse shall agree to work, when needed, six (6) weekend shifts in a six (6) week schedule.
4) The nurse shall agree to work two (2) tracked holidays of the manager's choice.

The following Articles/Sections shall not apply to In House Registry Nurse III nurses:  Article VI, Section 6.2, (Seniority), Section 6.5 (Lay Off/Displacement/Recall), Article VII, Section 7.9 (Self-Scheduling), Article IX, Section 9.1 (Number of Holidays), Section 9.2 (Eligibility), Section 9.3 (Working on a Recognized/Celebrated Holiday – other than rate of pay), Section 9.4 (No Work on a Recognized/Celebrated Holiday), Section 11.2 (Paid Time Off ("PTO" Program), Section 11.3 (Anniversary Bonus PTO), Section 11.4 (Extended Illness Bank), Section 11.5 (Medical Leave), Section 11.6 (Return from Leave), Section 11.9 (Vacation), Section 11.10 (Jury Duty), Article XII (Benefit Programs, except as is provided in Article XII), Article XIII, Section 13.1 (Employment Status), Article XIV.

## Section 10.4    In House Registry Nurse IV (Centralized Clinical Resource Team Based)

In House Registry IV nurses are bargaining unit nurses who report to the Centralized Clinical Resource Team manager or other designated manager, with the following commitment:

1) The nurse shall agree to work, when needed, a minimum of nine (9) posted shifts per scheduling period;
2) The nurse will work, when needed, three weekend shifts per scheduling period as determined by the Medical Center;
3) The nurse will work two tracked holidays as selected by the Medical Center;
4) The nurse will be competent to work and shall work among:
   a. Med/Surg Telemetry, or
   b. Critical Care Services, or
   c. Emergency Services, or
   d. Maternal Child Services

The following Articles/Sections shall not apply to In House Registry Nurse IV nurses: Article VI, Section 6.2, (Seniority), Section 6.5 (Lay Off/Displacement/Recall), Article VII, Section 7.9 (Self-Scheduling), Article IX, Section 9.1 (Number of Holidays), Section 9.2 (Eligibility), Section 9.3 (Working on a Recognized/Celebrated Holiday – other than rate of pay), Section 9.4 (No Work on a Recognized/Celebrated Holiday), Section 11.2 (Paid Time Off ("PTO" Program), Section 11.3 (Anniversary Bonus PTO), Section 11.4 (Extended Illness Bank), Section 11.5 (Medical Leave), Section 11.6 (Return from Leave), Section 11.9 (Vacation), Section 11.10 (Jury Duty), Article XII (Benefit Programs, except as is provided in Article XII), Article XIII, Section 13.1 (Employment Status).

### Section 10.5    Scheduling

In advance of the schedule being posted, the schedule preferences of unit based core staff (FTE status bargaining unit nurses) will take precedence over the scheduling preferences of the unit based In House Registry Nurse I and II nurses, provided the scheduling preferences of the unit based core staff do not result in overtime and the needs of the unit are met as determined by the patient care manager. The patient care manager will schedule their In House Registry Nurse I and II nurses next. As further shifts remain unfilled, a needs list may be posted. Unit based core staff and unit based In House Registry Nurse I and II bargaining unit nurses shall have an opportunity to fill the unit needs prior to utilizing In House Registry III or IV Nurses, provided that it will not result in overtime, actual or potential, in a pay period.

It is understood that the commitment of In House Registry I, II, III and IV nurses must meet the unfilled needs of the unit manager or the Centralized Clinical Resource Team manager after the scheduling preferences of the unit based core staff (FTE status bargaining unit nurses).

Once the nurse resources of the unit have been exhausted, the Centralized Clinical Resource Team manager shall fill unit vacancies with In House Registry III and IV Nurses and Centralized Clinical Resource Team Nurses.

An In House Registry bargaining unit nurse may be "unavailable' for up to six (6) weeks per calendar year; upon approval of the patient care unit manager (if unit based) or the Centralized Clinical Resource Team manager (or designee is Centralized Clinical Resource Team based).

### Section 10.6    Expectations

If In House Registry I, II, III or IV Nurses fail or refuse to meet any of the expectations contained in this Article (s)he may be terminated from employment.

### Section 10.7    In House Registry Nurse I Wages

Year 1  -    $42.29
Year 2  -    $43.14
Year 3  -    $44.00

**Section 10.8    In House Registry Nurse II Wages**

|  |  |  |
|---|---|---|
| Year 1 | - | $49.09 |
| Year 2 | - | $50.07 |
| Year 3 | - | $51.07 |

**Section 10.9    In House Registry Nurse III Wages**

|  |  |  |
|---|---|---|
| Year 1 | - | $49.09 |
| Year 2 | - | $50.07 |
| Year 3 | - | $51.07 |

**Section 10.10   In House Registry Nurse IV Wages**

|  |  |  |
|---|---|---|
| Year 1 | - | $42.29 (Except as provided below) |
| Year 2 | - | $43.14 |
| Year 3 | - | $44.00 |

If a nurse works sufficient hours to become eligible for health insurance coverage in accordance with any local, state, or federal law and under the applicable benefit plan and the nurse elects health insurance coverage, he/she shall no longer be eligible for IHR wage rates and shall be placed at the rate appropriate for a RN with her experience hired by the Medical Center if such wage rate would be lower than the IHR wage rate. The nurse will not be eligible for any other benefits except as specifically provided in this Agreement.

IHR IVs hired into that position at PSJMC before May 13, 2017 (referred to as "Grandfathered IHR IVs") will maintain their current rate of pay and their commitments, which were set forth in the 2014-2017 collective bargaining agreement, throughout the term of this agreement, and will not be eligible for a pay increase for so long as they stay in the IHR IV position. Grandfathered IHR IVs will not be eligible for the CCRT premium set forth in Section 7.16 or for other benefits under this agreement, except as explicitly provided.

# Article XI
# Time Off

**Section 11.1    Personal Leave**

Upon request, the Medical Center, at its discretion, may grant full bargaining unit nurses who have completed the introductory period unpaid leaves of absence for personal reasons.  The request shall be submitted at least one (1) month in advance to the manager, in writing, except when circumstances prevent such time limit being met, and shall state the reasons for the leave.  Associates who suffer the loss of a child are entitled to take two weeks of unpaid time and may request additional time off as set forth in this section.  Associates who suffer the loss of a different immediate family member may also request a personal leave.  Special consideration shall be made for these requests.  The manager will approve or deny the request, within fourteen (14) days. No such leave shall exceed ninety (90) calendar days.

No benefits shall accrue or be paid while on unpaid leave.  No seniority shall accrue while on such leave.

**Section 11.2    Paid Time Off ("PTO") Program**

Benefit status nurses (.5 FTE status or above) will be entitled to paid time off ("PTO") after the successful completion of ninety (90) calendar days of employment with the Medical Center.

All hours paid (except "on call" hours) to bargaining unit nurses eligible for PTO accrual, will be counted toward PTO accrual up to eighty (80) hours per pay period.  PTO hours shall accrue each payroll period using the following formula:

| Years of Service | PTO Annual Accrual Rate | Accrual (full time) |
|---|---|---|
| 0 through 4 years | .0693 x eligible hours per pay period | (18 days) |
| 5 through 9 years | .0885 x eligible hours per pay period | (23 days) |
| 10+ years | .1077 x eligible hours per pay period | (28 days) |

Tier changes (i.e. going from 0 through 4 years of service, to 5 through 9 years of service and to 10+ years of service) begin with the first full pay period after the 4th and 9th anniversary date.  PTO will be computed at the nurse's regular straight time rate at the time PTO is taken.  PTO will not accrue beyond accrual maximums, as follows:

| Years of Service | Hours | Days |
|---|---|---|
| 0 through 4 years | 184 hours | (23 days) |
| 5 through 9 years | 224 hours | (28 days) |
| 10+ years | 264 hours | (33 days) |

PTO can be carried over up to the maximum annual accrual rate. Unused accrued PTO hours will be paid out upon separation.

### Section 11.3    PTO Cash Out

Bargaining unit employees shall be eligible to cash out a portion of their PTO banks on the same terms and conditions as non-bargaining unit employees at AHSJMC. [See Side Letter Agreement].

### Section 11.4    Extended Illness Bank ("EIB")

Benefit status nurses (.5 FTE status or above) will be entitled to Extended Illness Bank time ("EIB") after successful completion of ninety (90) calendar days of employment with the Medical Center.

EIB time is intended to be used for a nurse's personal illness or accident.  EIB may also be used for absences from work due to a family member's illness under the same terms and conditions as EIB may be used for the associate's own illness, except that the maximum amount of EIB available for a family member's illness is equivalent to the amount of EIB the associate would accrue in a six (6) month period.  If an associate exhausts his/her available EIB for a family member's illness, available PTO will be paid for the remaining time off work.  If no PTO is available, the time will be unpaid.  For the purpose of this section a family member is defined as: an associate's child, spouse, domestic partner, sibling, parent, mother/father-in-law, grandchild, grandparent, stepparent and stepchild.

There is a four (4) day (to a maximum of thirty-two (32) hour) waiting period per occurrence before EIB time may be used for a personal illness.  Accrued PTO time will be used for up to the first four (4) consecutive days (to a maximum of thirty-two (32) hours) per occurrence of personal illness or accident.

EIB hours shall accrue each payroll period using the following formula:

Benefit Status Nurses            .0462 x eligible hours

The maximum accumulation of EIB time is four hundred eighty (480) hours, or sixty (60) days.  EIB time is not paid upon termination.

In the event that Presence Health makes any system-wide changes to enhance the current EIB Program, all registered nurses covered under this agreement shall be eligible for any EIB Program changes.

### Section 11.5   Medical Leave

The maximum medical leave of absence for full time and part time benefit status nurses, including any paid sick days and unpaid time, shall be:

| Length of Continuous Service | Maximum Duration |
|---|---|
| Upon successful completion of introductory period to one year | 90 calendar days |
| 1 year through 9 years | 120 calendar days |
| 10 years through 14 years | 150 calendar days |
| 15 or more years | 180 calendar days |

No benefits or seniority shall accrue while on such leave.  In instances where a nurse's leave of absence rights under the terms of the Family and Medical Leave act are greater than what is afforded by the terms of this Article, assuming that the associate abides by the requirements of the Act, the terms of the Act will prevail.

### Section 11.6   Return from Leave

Upon return to work from a medical leave, the nurse must first provide Associate Health Services with a doctor's statement indicating that the associate is able to return to work.  Associate Health Services will then certify that the associate is able to return to work and send the appropriate documentation to the manager and Human Resources.

The nurse must also be competent to return to work.  In cases where a leave has exceeded 120 calendar days, and after the nurse has received any education/re-orientation, as appropriate, the nurse must demonstrate to his/her manager that (s)he is fully competent (as defined by unit based and Medical Center competencies) to return to his/her work unit.

The Medical Center does not guarantee a position at the conclusion of any leave of absence.  If an open position which is to be filled is available at the conclusion of the leave or within thirty (30) days thereafter, and the nurse is qualified for such position, the nurse shall be placed in the position.  Termination shall result from a nurse's failure to accept an offered position. A letter from the Medical Center to the nurse shall be provided to that effect. Or if no position is available the nurse shall have up to six (6) months upon conclusion of his/her leave to reapply for employment, and if hired, be reinstated with seniority.

### Section 11.7   Bereavement Leave

In the event of the death of a member of a nurse's immediate family, full-time and part-time  benefit status nurses who have successfully completed their initial introductory period in the bargaining unit, will be granted time off from scheduled work with pay. A regular full-time or part- time benefit status nurse will be paid regular straight time rate for up to three days and up to a  total of twenty-four (24) hours for time spent in bereavement within seven (7) calendar days following a death in the nurse's immediate family; nurses that normally work more than eight hours may take a third day off for bereavement, using available paid time off for the time beyond twenty- four (24) hours.  Benefit status nurses also shall be granted up to one (1) scheduled workday (not to exceed eight (8) hours) bereavement leave for a close family member. In situations in which the funeral or memorial service is held at a time outside the seven (7) calendar day period, the nurse can request to take the bereavement leave at a time that corresponds with the service date, payment will not be made for days/hours not scheduled to work or if the nurse is absent for other reasons such as vacation, sick leave, or leave of absence. Additional time off will be considered as set forth under Section 11.1 Personal

Leave.

Non-benefited bargaining unit associates will be granted up to three (3) days of unpaid time off for bereavement when taken within seven calendar days following the death of an immediate family member.

Immediate family is defined as the nurse's legal spouse, children, step-children, mother, step- mother, father, step-father, sister, step-sister, brother, step-brother, mother in law, father in law, son in law, daughter in law, brother in law, sister in law, legal guardian, grandparents and grandchildren.  Close family member is defined as the nurse's aunt, uncle, niece, or nephew. A nurse may be required to present proof of death and/or relationship.

## Section 11.8   Voting Time

Nurses whose working hours or distance lived from the Medical Center prevent them from voting shall be granted up to two (2) hours of unpaid time in order to vote during national, state, or municipal elections.  Time off to vote must be requested prior to the day of the election and the supervisor may specify the hour(s) during which voting shall take place.  A voting stub or other proof of voting must be provided.

## Section 11.9   Paid Time Off (PTO)

The Medical Center shall determine how many nurses may be on PTO at any one time from a particular work area, unit and/or shift.

In establishing PTO schedules, the unit managers consider both the associate's preference and the operating needs of the Medical Center.  Nurses must submit their PTO preferences electronically, using the Medical Center's time recording system, currently KRONOS, or other designated process as determined by their manager, by October 1st of each calendar year for the twelve- month period from January 2nd through December 30th of the following year.

Nurses may submit a request for up to three (3) PTO periods which they prefer (one request per written form, or if submitted electronically, the requests must be submitted in priority order). Nurses who submit such requests shall be notified either electronically or in writing no later than November 1st of that calendar year.

Where the manager is unable to grant PTO period preferences for all nurses on the unit, but is able to grant some, the preferred PTO period will be granted on the basis of seniority.  A nurse who has been granted her/his first PTO period preference shall not be granted another preference request if such would require denial of the first PTO period preference of a less senior nurse.

No more than two (2) consecutive weeks of PTO will be scheduled unless no other nurse on the unit has requested the additional time and the number of nurses who may be on PTO at one time has not been met.

PTO dates requested after November 1st of each year will be granted on a first come basis, subject to scheduling and staffing needs, pending availability in PTO balance at the time the schedule posts.  The manager shall respond to these PTO request, approved or denied either electronically or in writing, within fourteen (14) days.

## Section 11.10  Jury Duty

Bargaining unit nurses who are summoned and report for jury service shall be excused from work on the day(s) on which jury duty is served.  Full-time and part time benefit status nurses shall receive, for each day of jury service on which they were scheduled to work and for a maximum of two calendar weeks, the difference between their regularly scheduled work hours at the regular straight time rate and the amount received for jury service. Proof of jury service and amount of pay received may be required.  In order to receive payment, a copy of the summons must be provided to the supervisor within ten (10) calendar days of when the summons is received.

DocuSign Envelope ID: 3785093G-2CED-406D-BF30-7E333BDD66E5

# Article XII
# Benefit Programs

The following named benefit programs exist at the sole discretion of the Medical Center and the Medical Center retains the right to revise, amend, or otherwise change such programs as it deems appropriate. Full-time and part-time benefit status nurses, however, shall be eligible to participate in the following benefit programs to the same extent and under the same conditions that such programs are applicable to non-exempt personnel employed by the Medical Center:

1. Retirement Plan
2. Life Insurance Program
3. Medical Insurance Program
4. Dental Insurance Program
5. Subsidized Cafeteria
6. Associate Parking Lots
7. Short Term Disability Program
8. Long Term Disability Program (for full time (70 hours per pay period) nurses).
9. Presence Health Employee Severance Plan

Nurses with a full-time equivalent (FTE) status of less than .5 (one-half) may participate in the cafeteria and parking lot programs to the same extent and under the same conditions as benefit status nurses.

The terms, plans and/or policies of the above-referenced benefit programs shall be governed by the applicable documents and nothing referenced in this section shall be subject to Article IV (Grievance) and/or Article V (Arbitration) of this Agreement.

# Article XIII
# Miscellaneous

### Section 13.1   Employment Status

A nurse's official employment status as full-time or regular part-time designating the full-time equivalent status, shall be recorded in the Human Resources Department and used to determine eligibility, if any, for benefits. A nurse's normally assigned unit shall also be recorded. The normally assigned unit and FTE status shall be recorded when the nurse is placed in a bargaining unit position and updated when changes are made. Copies shall be provided to the nurse.

Regular part-time nurses with a full-time equivalent (FTE) status of less than .5 (one-half) shall not be entitled to any economic benefits referenced in this Agreement unless it is specifically stated in the applicable section that regular part-time nurses with an FTE status of less than .5 are eligible. For example, such nurses shall not be eligible for leave of absence, holiday pay, vacation, personal days, insurance, funeral leave, jury pay, sick days, etc.

### Section 13.2   Verification of Illness/Examination

A nurse may choose to see his/her own physician for any reason associated with absence, leave, return to work or other required physical examinations. The Medical Center may require documentation or verification from a nurse's physician(s) stating the particulars of and reason for an absence/leave and/or expected date of return.

The Medical Center retains the rights to require a nurse to take a physical examination by a licensed physician of its choice. The Medical Center will pay the costs of any such examinations/evaluations.

Should the opinions of the two physicians' conflict, the Medical Center and the nurse will mutually agree upon the

selection of a third physician, whose opinion and recommendation will be accepted by the Medical Center and the nurse. The Medical Center and the nurse will split the cost of the medical examination not covered by insurance.

### Section 13.3    Tuition Reimbursement

The Medical Center will reimburse eligible nurses for tuition fees paid for an approved course of education given by an accredited institution taken for credit and successfully completed.

In order to be reimbursed for each course requested for reimbursement, the nurse must maintain at least a "C" in the course, or a "pass" for a "pass/fail" course. Certain tests that may be administered for course work in a degree related program will also be included for reimbursement, i.e. ACT-PEP, EIEP, CLEP tests.

Full and part-time nurses shall be eligible for 100% reimbursement of tuition fees paid to a maximum as follows, per fiscal year:

| | |
|---|---|
| BSN | $5000 |
| Master's, MBA or Clinical Doctorate Degree | $5250 |

In House Registry I, II, III and IV nurses (except grandfathered IVs) shall be eligible for 50% reimbursement of tuition fees, paid to a maximum as follows, per fiscal year;

| | |
|---|---|
| BSN | $2500 |

Registered nurses receiving tuition assistance must agree to remain with any AMITA Health entity after completion of the course(s) for a period of two (2) years from date of course completion or reimbursement, whichever is later. Any registered nurse leaving before the expiration of the applicable period will be required to pay back assistance received on a pro-rated basis. (For example: if a registered nurse resigns 6 months after completion of a course, he/she would be responsible to reimburse the Medical Center for 75% of the tuition).

All courses must be approved in advance by the respective Manager and Chief Nurse Officer and reviewed by the Human Resources Department. Reimbursement will be made upon proof of successful completion of the approved course and proof of self-payment.

Nurses hired after May 23, 2014, who have a diploma or an associates' degree in nursing will be required to be accepted into a BSN program within six (6) months of the nurse's hire date. The nurse will be required to complete a BSN program within three (3) years of his/her hire date.

### Section 13.4    Filling of Vacancies

If a vacancy in the bargaining unit is to be filled, Human Resource Employment Process policy shall be used. The Association will be notified thirty (30) days in advance of any changes in those policies.

A current bargaining unit nurse shall have priority for vacant positions over new hires provided both are comparably qualified. If the final two candidates are bargaining unit associates, and they possess comparable skills, abilities and qualifications, then seniority shall prevail.

Within seven (7) calendar days after an offer has been accepted, all bargaining unit nurses who applied for that position will be notified as to the reason why they were not selected.

A bargaining unit nurse transferring to a new unit shall begin work on the new unit within six (6) weeks of acceptance of the transfer. The six (6) week period may be extended by mutual agreement between the transferring nurse and the manager of the units affected.

**Section 13.5    Preceptor Duty**

Preceptor duty means providing on-duty instruction and orientation in a specific area of practice for a bargaining unit nurse newly hired or transferred into that area of practice, by a more experienced bargaining unit nurse. The orientation is to the duties required and expected on a particular nursing unit.

Preceptor duty is voluntary. All preceptors shall be required to attend preceptor training, and thereafter, on an annual basis, will be required to complete a computer-based learning module (CBL), and shall be in paid status during such training. During the preceptorship, a preceptee is not counted as staff for the purpose of fulfilling the Medical Center's staffing patterns. During the course of the preceptorship, the manager will schedule a preceptor and preceptee, or when appropriate, preceptees, for twenty four (24) hours without a patient assignment, in order to familiarize the preceptee with Medical Center and unit specific policies and procedures applicable to the preceptee's new role. When assigned as a preceptor, nurses shall receive $1.50 per actual hour worked in that role.

Preceptor requirements as described above will include In House Registry Nurses or staff with an FTE status of .1, .2, .3, or .4, if assigned to precept RN Student Externs and associated nursing leadership students.

**Section 13.6    Certification Pay/Continuing Education Units (CEU's)**

Bargaining unit nurses, including nurses with an FTE status of .1, .2, .3 or .4 and In House Registry Nurses who have completed their initial introductory period shall be eligible to receive a $.50 per hour differential for achieving and maintaining a certification in a clinical specialty that is nationally recognized by the American Nurse's Credentialing Center. Upon completion of a second certification in a clinical specialty that is nationally recognized, a benefit status bargaining nurse shall be eligible to receive an additional $.25 per hour differential. A nurse will be compensated for a maximum of two (2) certifications pursuant to this Article. Nurses who do not maintain their recertification status shall not be eligible to retain this differential. Certification pay shall become effective on the first full pay period following submission of written proof of certification to the nurse's manager.

In recognition of the state mandated requirement for continuing nursing education, registered nurses will be eligible to obtain a total of twenty (20) hours of continuing education, either through Medical Center sponsored programs or through outside education sources, at Medical Center's expense. The Medical Center reserves the right to determine the appropriateness of requests to attend outside education courses.

**Section 13.7    Improvements to Certain Existing Pay Practices**

The Medical Center agrees that, during the term of this Agreement, should any improvement be made with respect to shift premiums (Article VII, Section 7.11) weekend shift differentials (Article VII, Section 7.13), or holiday pay (Article IX, Section 9.3), the same improvement shall be granted to bargaining unit nurses.

**Section 13.8    Mandatory Education & Associate Forums**

Whenever possible, registered nurses will be scheduled to complete mandatory education, associate forums and such during scheduled work time on all shifts, including weekends, by actual course or program to take place on a particular shift. This may be accomplished by repetition of the program, or by recording of the program given to other shifts

**Section 13.9    Termination Effect**

Upon the termination of this Agreement, all benefits hereunder shall be terminated and shall not survive the Agreement except as elsewhere specifically provided for in this Agreement.

**Section 13.10  Severability**

Should any part of this Agreement or any provision contained herein be judicially determined to be contrary to law,

such invalidation of such part or provision shall not invalidate the remaining portions hereof and they shall remain in full force and effect. The parties shall attempt to re-negotiate the invalidated part or provision.

**Section 13.11** **Patient Safety**

For patient safety, any bargaining unit nurse should speak up to inform the charge nurse, patient care manager or HOA, when they feel they are assigned a patient for which they do not possess the clinical competency necessary for safe care.

Hand-off communications are expected when health care providers transfer responsibility for any component of patient care to another health care provider. This happens at time of admission, transfer, at change of shift or care provider, and at discharge. Hand-off communication should include up to date information regarding the patient, which may include the patient's condition, care, treatment, medications, and any significant recent or anticipated changes. Patient hand-offs provide an opportunity for both the sending and receiving nurse to ask questions and receive answers about the hand-off. Tools such as the patient kardex and plan of care are available to assist in the hand-off of information between care providers.

Some of the action steps the Medical Center takes to ensure a culture of safety include:

- Rapid response team activation
- Use of SBAR communication for hand-offs
- Leadership Rounds
- Staffing plans for each unit

The Medical Center strives to ensure a safe and secure environment for the patients, their families, staff and physicians.

Improving the culture of safety within health care is an essential component of preventing or reducing errors and improving overall health care quality. According to the Agency for Healthcare Research and Quality (AHRQ), the following key elements are necessary to ensure a "culture of safety":

- acknowledgment of the high-risk nature of an organization's activities and the determination to achieve consistently safe operations
- a blame-free environment where individuals are able to report errors or near misses without fear of reprimand or punishment
- Encouragement of collaboration across ranks and disciplines to seek solutions to patient safety problems
- organizational commitment of resources to address safety concerns

# Article XIV
# Wages

**Section 14.1** **Annual Wage Increases**

*Year 1:*

During the first year of the contract, bargaining unit nurses (except IHRs whose wages are set forth in Article X) will maintain their current wages in effect as of the ratification date as indicated on the YEAR ONE scale column of Appendix A. Bargaining unit nurses whose pay exceeds the designated rate shall also maintain their current wages in effect as of the ratification date. Pursuant to side letter agreement, bargaining unit nurses will receive a recognition bonus paid to non-bargaining unit employees on or before September 1, 2020.

*Year 2:*

Effective with the first pay period following July 1, 2021, bargaining unit nurses (except IHRs) will receive a 2.0% step wage increase as indicated on the YEAR TWO scale column of Appendix A, except that any bargaining unit nurse who is at the top of scale or who does not have a step corresponding to their years of experience (i.e., 26, 27 and 29 years) will receive the equivalent of a 2% increase on their base rate of pay, paid in a lump sum.

*Year 3:*

Effective with the first pay period following July 1, 2022, bargaining unit nurses (except IHRs) will receive a 2.0% step wage increase as indicated on the YEAR THREE scale column of Appendix A, except that any bargaining unit nurse who is at the top of scale or who does not have a step corresponding to their years of experience (i.e., 26, 27 and 29 years) will receive the equivalent of a 2% increase on their base rate of pay, paid in a lump sum.

Nurses hired during the first year of the agreement (commencing on ratification) will be placed on the Wage Scale at years of experience minus one (e.g. a nurse with 15 years of experience will be hired at step 14). Thereafter, new hires will be placed on the Wage Scale in accordance with their corresponding years of experience, but in no instance shall a newly hired nurse be placed on the Wage Scale at a rate that exceeds the rate for current bargaining unit members with the same years of experience.

The parties agree that the scales and rates set forth in this Article XIV and in Appendix A are a product of the parties' negotiation and this contract and that wage increases do not continue if the contract expires.

**Section 14.2    Clinical Advancement Pathway Bonus**

Nurses in good standing who have been employed as a nurse at the Medical Center for at least one year who achieve 15 points under the clinical advancement pathway chart in Appendix B during a single one year measurement period will be eligible for a lump sum bonus equal to 0.5% of their total annual earnings as follows:

a. Measurement Periods: There will be three (3) measurement periods: March 22, 2020 to March 20, 2021; March 21, 2021 to March 19, 2022; and March 20, 2022 to March 18, 2023. Any points earned during a measurement period expire at the end of that measurement period.

b. Within four weeks of the end of the measurement period ("the submission period"), nurses may submit to their manager all relevant documents relating to their achievement of the 15 points during the prior measurement period. Absent extraordinary circumstances, the submission period will not be extended. Submissions will be reviewed by a committee consisting of the six professional practice impact committee nurses and four PSJMC representatives, which may include an educator, patient care manager, house operations administrator and another leadership representative. The committee will review the submissions and decide whether the criteria for the bonus were satisfied. The committee may also review and revise the chart in Appendix B, provided that any points already earned under the chart shall not be taken away.

c. All earned bonuses will be paid by the fourth pay date following the end of the submission period.

d. Bonuses will not count toward or be considered for benefits, overtime or any other compensation purposes.

# Article XIV

## Duration
## Term of Agreement

This Agreement, effective on the date of ratification (July 19th, 2020), shall remain in full force and effect until 12 o'clock midnight, three years from the date of ratification (July 19th, 2023) and shall thereafter be continued for yearly periods unless notice of termination is given in writing by either party by registered mail, certified mail, or by other method mutually agreed to by the parties at least one hundred twenty (120) days before the expiration date.

**AMITA HEALTH SAINT JOSEPH**                    **ILLINOIS NURSESASSOCIATION**

DocuSigned by:
*Kathy Bouma*
A79B7203431D45B...

DocuSigned by:
*Sharon Skelton*
...964F4...

DocuSigned by:
*Pamela S. Johnson*
...AF4C9...

DocuSigned by:
*Renee Popek*
5D0D13247C18478...

DocuSigned by:
...F797A58D273145E...

DocuSigned by:
...4D6...

DocuSigned by:
*Joseph Ubando*
...A43404...

DocuSigned by:
*Jeanine M Johnson*
...A26B641031B247C...

DocuSigned by:
*Pamela J. Buckley*
...9441...

DocuSigned by:
*Marti Mueller*
...9435...

DocuSigned by:
19832DAE1A3342B...

# Appendix A

## WAGE SCALE:

|  | Year One | Year Two | Year Three |
|---|---|---|---|
| **<1** | $29.46 | $29.46 | $29.46 |
| **1** | $30.12 | $30.05 | $30.05 |
| **2** | $30.77 | $30.72 | $30.65 |
| **3** | $31.46 | $31.39 | $31.34 |
| **4** | $32.15 | $32.09 | $32.01 |
| **5** | $32.86 | $32.79 | $32.73 |
| **6** | $33.60 | $33.52 | $33.45 |
| **7** | $34.34 | $34.27 | $34.19 |
| **8** | $35.09 | $35.03 | $34.96 |
| **9** | $35.87 | $35.79 | $35.73 |
| **10** | $36.68 | $36.59 | $36.51 |
| **11** | $37.48 | $37.41 | $37.32 |
| **12** | $38.32 | $38.23 | $38.16 |
| **13** | $39.16 | $39.09 | $38.99 |
| **14** | $40.02 | $39.94 | $39.87 |
| **15** | $40.90 | $40.82 | $40.74 |
| **16** | $41.72 | $41.72 | $41.64 |
| **17** | $42.56 | $42.55 | $42.55 |
| **18** | $43.41 | $43.41 | $43.41 |
| **19** | $44.27 | $44.28 | $44.28 |
| **20** | $45.16 | $45.16 | $45.16 |
| **21** | $46.06 | $46.06 | $46.06 |
| **22** | $46.99 | $46.98 | $46.98 |
| **23** | $47.92 | $47.93 | $47.92 |
| **24** | $48.89 | $48.88 | $48.89 |
| **25, 26, 27** | $49.86 | $49.87 | $49.86 |
| **28, 29** | $50.86 | $50.86 | $50.87 |
| **30+** | $51.87 | $51.87 | $51.87 |

# Appendix B:  PSJMC Clinical Advancement Pathway

 **Presence** Saint Joseph Medical Center **Clinical Advancement Pathway Checklist**

Please check any pertainable activites/events from the Clinical Advancement Pathway (CAP) checklist below and tabulate a final score In order to be eligible to apply for the CAP program.  Candidates cannot receive corrective action greater than a verbal at any time during the measurement period (March to March).  After completing the CAP checklist, please submit to your Patient Care Manager for review and signatures. Place the signed copy in the CAP portfolio.

| Nurse: | | | | Unit/Department: | |
|---|---|---|---|---|---|
| **Assoc. ID No.:** | ✔ | ✔ | ✔ | **Total Points** (Total ✔ x Points) | **Max. Allowed** |
| **I.    2 Point Section** | | | | | |
| • Journal Club RN Facilitator | | | | | **6** |
| • Community Outreach Activity Coordinator | | | | | **6** |
| • Professional Specialty Organization Member | | | | | **2** |
| • Actively enrolled in a BSN or MSN program | | | | | **2** |
| • Unit Based Leadership Council Member | | | | | **2** |
| **II.    3 Point Section** | | | | | |
| • Union Steward | | | | | **3** |
| **III.    5 Point Section** | | | | | |
| • Leads Unit Based Work Team | | | | | **10** |
| • Skin Prevalence Day Champion | | | | | **5** |
| • Educational Liaison, Super-User, House-wide Education Facilitator | | | | | **15** |
| • Hospital-wide Committee Member (ex. Staffing & Acuity, CLC Represenative, Magnet Steering) | | | | | **5** |
| • Rapid Improvement Event (RIE) | | | | | **5** |
| • Speciality Certification | | | | | **5** |
| • Quality Day Auditor | | | | | **5** |
| • Long-term primary preceptor for a New Gradaute RN or Clinical Role Transition Student | | | | | **5** |
| • Unit Based Leadership Council Co-Chair or Secretary | | | | | **5** |
| **IV.    8 Point Section** | | | | | |
| • Unit Based Leadership Council Chair (Points cannot be awarded for both UBLC chair and UBLC member) | | | | | **8** |
| • Hospital-wide Committee Chair (ex. CLC officer) | | | | | **8** |
| • Approved Community Education Volunteer Representative | | | | | **8** |
| • Poster Presentation | | | | | **8** |
| • BSN Degree | | | | | **8** |
| **V.    10 Point Section** | | | | | |
| • Approved QSEN/Research Project | | | | | **10** |
| • Podium Presenter | | | | | **10** |
| • MSN Degree | | | | | **10** |
| = 75% attendance  throughout  the measurement  period  required  for approval | **Total Points** | | | | **15 minimum** |

The candidate has reviewed the application with the Patient Care Manager.  Both parties agree that the candidate did not receive corrective action greater than a verbal during the measurement period and participated in the above activites.

_____          _____
Candidate Signature  /  Date                              Manager Signature  /  Date

## LETTER OF AGREEMENT

Alice Johnson
Illinois Nurses Association
910 W. Van Buren, Suite
502
Chicago, Illinois 60607

RE:     AHSJMC STAFFING INITIATIVES

In recognition that position vacancy rates and seasonal fluctuations in patient census may impact the Medical Center's ability to staff in accordance with its Staffing Plans, the Medical Center at its sole discretion will implement the following staffing initiatives:

**A.     NURSE RECRUITING AND RETENTION COMMITTEE**

1.     The Medical Center shall create a Nurse Recruiting and Retention Committee (NRRC), which shall include participation of at least one (1) HR Representative; three (3) bargaining unit nurses from different units (who are not currently serving on another Hospital-wide committee); and two (2) nursing leaders.

2.     The purpose of the NRRC is to evaluate, review and make recommendations for improvement of the Medical Center's recruitment and retention initiatives, including areas such as vacancy rates, recruitment and retention efforts, days to fill positions, community outreach, and referral options.

3.     The committee will be chaired by the HR Representative, will meet quarterly and be established no later than December 31, 2020.

4.     The term of committee members (with the exception of the Chair) shall be limited to two (2) years.

5.     With the NRRC's input and recommendations the Medical Center will seek to streamline the job posting process and consider processes with the goal of filling vacancies in a more expeditious manner.

**B.     REFERRAL BONUS**

When the Medical Center determines there is a need to implement a Referral Bonus to address staffing vacancies, the following terms shall apply.  Any bargaining unit employee who refers an external candidate for employment that is hired into a full-time or regular part-time or IHR bargaining unit position at AHSJMC, will be eligible to receive up to $2,000 as a referral bonus. The applicant must list the name of the referring bargaining unit employee on the applicant's Employment Application. The applicant must then be selected and accept a qualifying bargaining unit position, and remain employed at AHSJMC in good standing for at least twelve (12) months.

DocuSign Envelope ID: 3785093C-2CED-406D-B530-7E333BDD66E5

The referring bargaining unit employee will receive 1/2 of the bonus on the pay date following the new hire's completion of six (6) months of employment in good standing. The referring bargaining unit employee will receive the second 1/2 of the bonus on the pay date following the new hire's completion of twelve (12) months of continuous service in good standing. Both the referring associate and the new hire must be actively employed on the date that any referral bonus is paid. The referral bonus does not apply for new hires that are current or former AMITA Health associates (i.e. employed within the prior 1 year), or associates/employees of any AHSJMC vendor or partner. Only one bargaining unit employee can receive a referral bonus for each new hire.

## C.    CRITICAL STAFFING INCENTIVE PROGRAM

The Medical Center will utilize existing bargaining unit staff through the following incentive program to respond to critical staffing needs. The Critical Staffing Incentive Program shall not replace any effective pandemic pay premium.

The Medical Center may announce and implement the following Critical Staffing Incentive Program for limited periods and/or limited services areas designated by the Medical Center in situations when:

a.    The Medical Center experiences an unanticipated surge in patient volume or acuity, or a sustained decrease in staff availability creating demand for additional resources; or

b.    A Unit Based Council, Staffing and Acuity Committee, or Medical Center nursing director makes a written recommendation to the CNO for implementation of a critical staffing incentive based on a projected "Critical Staffing Period".

For purposes of this provision a "Critical Staffing Period" is defined as a occurring when a posted six-week schedule indicates that nurse staffing for a particular unit is projected to fall below the designated nursing staffing plan for an extended period of time of at least two (2) weeks, taking into account anticipated patient census, vacancies, staffing resources (including CCRT) and other relevant staffing criteria.

1.    **Participant Eligibility.** Bargaining unit members must meet the following eligibility requirements and have the respective clinical competency:

a.    Eligible participants must have successfully completed orientation on their home unit.

b.    Eligible participants must work additional shifts over and above their current regularly scheduled (budgeted) hours, scheduled on-call hours and/or commitment level during a qualifying program period to qualify to receive the incentive bonus. Therefore, if the employee incurs an unexcused, unscheduled absence during the pay period, they will not receive the incentive bonus for the bonus shift worked.

c.     Program participants must not be in the disciplinary process for either attendance or performance issues.

d. Program participants are not eligible to take call for their home department and accept a concurrent incentive shift.

**2. Qualifying Shifts.**

a. An extra shift is defined as a shift a RN signs up for and works above the RN's FTE or commitment level during a designated Critical Staffing Incentive Program period and for a designated service area/unit determined by the Medical Center.

b. Incentive shifts are filled by the Staffing Resource Office.

c. Sick/absence in the same pay period as the incentive will result in loss of incentive pay.

**3. Critical Incentive Procedure**

a. The Staffing Resource Office projects critical staffing needs for the next 7 days for the qualifying incentive shift(s) and service area(s).

b. Incentive shift needs are disseminated via *Send Word Now* communication system daily/Kronos cellphone application.

c. Shifts are identified for complete four (4), six (6), eight (8), and/or twelve (12) hour shifts. 12-hour shifts may be split between two individuals.

d. Interested participants will notify the Staffing Office at extension 1314 of their desire to commit to an extra incentive shift during the specified scheduling time period. The Staffing Resource Office will record the date/time of the "filled incentive shift."

e. Incentive shifts will be awarded on a "first come" basis.

f. The RN must report to the Staffing Resource Office 15 minutes before the start of the qualifying shift to receive an assignment and Verification Form.

g. Upon completion of the shift, the RN must submit to the Staffing Resources Office the completed Verification Form which includes the exact hours worked and signature of the PCM, APCM or Charge Nurse on the unit worked. Failure to submit a signed Verification Form at the end of the shift will result in non-payment of incentive.

h. Program participants' actual time worked, inclusive of scheduled PTO, must be equal to the RN's FTE commitment, in order to be eligible for incentive pay, unless a program participant's scheduled shift is cancelled due to low census.

**4. Program Management**

a. Once program participants agree to an incentive shift, they are committed to work those hours as expected of any other scheduled hours. Failure to do so is recorded as an "Occurrence" consistent with AMITA Health Policy.

b. Once committed to work an approved incentive shift, the participant will be subject to all Collective Bargaining Agreement definitions and guidelines including Article

**5.**        **Compensation**

a.    A flat rate of $10.00 per hour for working on the RN's home unit, or $12.50 per hour for a CCRT and any RN who floats outside his/her home unit, will be paid to eligible associates who work a qualifying, designated incentive shift, for any time worked over and above the RN's regularly scheduled (budgeted) hours and/or commitment level.

b.    Payment of incentive hours will be based on actual worked hours, not hours committed.


**D.    WEEKEND PROGRAM**

When the Medical Center determines there is a need to implement a Weekend Program in order to meet staffing requirements, the terms outlined in this provision shall apply.

The Weekend Program shall be unit or CCRT based, and the terms are set forth below:

1. The Weekend Program shall be 12-hour shifts.

2. Weekend Program work hours shall occur between 7am Friday and 7:30am the following Monday.

3. Weekend Program nurses will not be required to rotate, and the workweek shall be:

   - Two 12-hour shifts (.6) or three 12 {.9} hour shifts between 7:00am Friday and 7:30am Monday.

4. Weekend Program nurses shall be compensated at the appropriate contract rate, plus $8.00 per hour and shall be entitled to the weekend and applicable shift differential; Non - weekend time worked voluntarily outside of the Weekend Program nurse's regularly scheduled workweek shall be compensated at the appropriate staff nurse rate of pay plus applicable shift differential.

5. Weekend Program nurses are considered 0.6 or 0.9 FTE and must maintain the minimum weekend commitment in accordance with one of the available weekend schedules identified herein.

6. Weekend Program nurses shall work no less -forty-four (44) weekends in a year, commencing from the date of hire or transfer into the Weekend Program. Failure to meet the minimum requirements shall result in removal from the Weekend Program. The only exception to removal from the Weekend Program will be in cases where bereavement time (maximum of 3 days), is included in the failure to meet minimum requirements. The nurse released from the Weekend Program will be eligible to bid any posted RN vacancy in the Medical Center as specified in Section 13.4, Filling of Vacancies.

All weekend program nurses shall be subject to the Medical Center's Attendance policy.

7. Weekend Program Nurses shall be entitled to benefits in accordance with their FTE status.

8. Weekends off are granted based upon the operating needs of the Medical Center. A weekend off is considered 24 hours for .6, or 36 hours for .9, or 8 days in 6 months for .6, or 12 days in 6 months for a .9.

9. If an eligible weekend program nurse is assigned to work on a recognized holiday, the nurse shall be paid in accordance to section 9.3.

10. Weekend Program staff positions shall be designated "over 40" and overtime shall accrue for all hours worked in excess of forty in one week.

11. Non-weekend program nurses will not be required to surrender their current weekend work as a result of the weekend plan.

12. The equitable distribution of temporary reassignment on the weekends shall include weekend program nurses and non-weekend program nurses.

13. Newly hired weekend program nurses will undergo Medical Center orientation, held on the weekdays prior to acquiring their weekend assignments. Clinical orientation shall be determined on an individual basis and tailored to fit the skills, abilities and qualifications of the newly hired Weekend Program nurses as determined by the Unit manager and preceptor. Such orientation maybe given on the weekdays or weekends as determined by the Manager. Nurses who transfer into the Weekend Program from within the Medical Center will also be given orientation, the scope and effectiveness of which shall be equivalent to that provided to non-Weekend Program nurses transferring within the Medical Center.

14. Except as provided herein, the following articles of the collective bargaining agreement shall not be applicable to weekend program nurses:

- 7.9 Self-Scheduling
- 7.10 Rotation
- 7.12 Weekends
- Article VIII – Track Scheduling
- Article X – In-house Registry (IHR) Nurses

**E. Staffing Agreement**

The parties will meet and confer by December 31st, 2020 to develop a plan to improve staffing throughout the hospital, to ensure nurses can provide safe, high quality care. Anytime nurses on the unit feel that staffing does not allow them to provide safe and high-quality care, they may request to have their concerns reviewed by the Staffing and Acuity

Committee. If the staffing issue is not resolved in the Staffing and Acuity Committee meeting, the issue may be placed on the agenda of the next Labor-Management meeting. Additionally, the Staffing and Acuity Committee may request that the CNO attend a Committee meeting to address urgent and serious concerns (as determined by the Committee).

AGREED:

ILLINOIS NURSES ASSOCIATION                    AHSJMC

Date: _____        Date: _____
      F797A58D273145E...                          Kathy Bouma
                                                  A79B7203431D45B...

DocuSign Envelope ID: 3785093C-2CED-406D-BF30-7E333BDD66E5

**LETTER OF AGREEMENT**

Alice Johnson
Illinois Nurses Association
910 W. Van Buren, Suite 502
Chicago, Illinois 60607

**RE:**     **ANNIVERSARY BONUS PTO**

In recognition that the Medical Center is phasing out Anniversary Bonus PTO under the current contract, the Medical Center will agree to continue to pay Anniversary Bonus PTO payments to employees employed by the Medical Center as of the ratification date, who otherwise would have qualified and been entitled to an Anniversary Bonus PTO, under the terms of the 2017 contract for each of the 2020, 2021 and 2022 contract years. Employees must remain employed with the Medical Center at the time of the Anniversary Bonus payment to be eligible to receive the Anniversary Bonus payment.

AGREED:

ILLINOIS NURSES ASSOCIATION                      AHSJMC

Date: _____      Date: _____

49

**LETTER OF AGREEMENT**

Alice Johnson
Illinois Nurses Association
910 W. Van Buren, Suite 502
Chicago, Illinois 60607

RE:    **ASSOCIATE HEALTH INSURANCE PREMIUMS**

      Beginning on January 1, 2021, and continuing for the term of this contract, the parties agree that if there are increases to health insurance premiums, the portion of the total employer-sponsored health insurance plan premium paid by bargaining unit associates will be limited to a maximum of 25% for full-time associates and 35% for part-time associates, taking into account any contributions or credits made by the Medical Center, including those made as part of any employer-sponsored wellness program.

AGREED:

ILLINOIS NURSES ASSOCIATION

Date: _____

AHSJMC

Date: _____

**LETTER OF AGREEMENT**

Alice Johnson
Illinois Nurses Association
910 W. Van Buren, Suite 502
Chicago, Illinois 60607

**RE:     INFLUENZA VACCINATION PROGRAM**

 The Illinois Nurses Association agrees to the ASJMC Influenza Vaccination Program ("Program") pursuant to the terms set forth below:

1.  Time frames for receiving the flu vaccine exemption will be governed by the system Influenza Vaccination Program Policy;

2.  That all bargaining unit associates have the opportunity to receive medical, religious, and conscious right exemptions pursuant to the Program;

3.  That the religious and conscious right exemptions require a brief written explanation describing the associate's belief and reason for the exemption;

4.  That bargaining unit associates shall not be penalized or disciplined for not receiving a flu vaccination while waiting on a determination regarding their exemption application;

5.  That the bargaining unit associates that receive an exemption will be required to wear surgical masks when the associate is approximately six (6) feet from a patient and when a widespread outbreak is declared by the Center for Disease Control (CDC). The parties agree that the six-foot parameter is a minimum guide and that, when exact distance is unclear, associates will err on the side of masking.

6.  If a health care provider substantiates that an associate has an adverse reaction, to the flu vaccination that requires absence from work, then the associate will be eligible to receive compensation through all applicable benefit programs according to their terms, provided the associate provides all required information under the benefit program.

7.  All other terms of the Program will apply.

8.  A nurse suffering adverse reactions, excluding those documented as "mild"  problems on the CDC Vaccine Information Statement (VIS), from an influenza vaccine shall be allowed to petition to management to be able to immediately use their accrued EIB ours and be excluded from the waiting time restrictions set forth in Section 11.4, and shall not receive an occurrence.

AGREED:

ILLINOIS NURSES ASSOCIATION                    AHSJMC

DocuSigned by:                                                 DocuSigned by:

Date: _____          Date: _____
E707A58D273145E                                               A79B7203431D45B...

51

**LETTER OF AGREEMENT**

Alice Johnson
Illinois Nurses Association
910 W. Van Buren, Suite 502
Chicago, Illinois 60607

**RE:      RECOGNITION BONUS**

The parties agree that bargaining unit employees employed as of the ratification date will be eligible to receive the one-time recognition bonus provided to non-bargaining unit employees in the fall of 2020:

| | |
|---|---|
| Full-Time Associate | $500 |
| Part-Time Associate | $250 |
| IHR Associate | $200 |

AGREED:

ILLINOIS NURSES ASSOCIATION                     AHSJMC

Date: _____                     Date: _____

DocuSign Envelope ID: 3785093C-2CED-406D-BF30-7E333BDD66E5

**LETTER OF AGREEMENT**

Alice Johnson
Illinois Nurses Association
910 W. Van Buren, Suite 502
Chicago, Illinois 60607

RE:     **SIDE LETTER ON STAFFING PLAN ADJUSTMENTS**

With the goal of improving patient and associate satisfaction, the parties agree that, absent extraordinary circumstances, AHSJMC will work to improve the staffing guidelines in 2W, 5W, and the Step-Down units before December 31, 2020.

AGREEED:

ILLINOIS NURSES ASSOCIATION                    AHSJMC

Date: _____                    Date: _____

DocuSign Envelope ID: 3785093G-2CED-406D-8F30-7E333BDD66E5

# EXHIBIT 1



## ILLINOIS NURSES ASSOCIATION
## MEMBERSHIP APPLICATION/ST JOSEPH MEDICAL CENTER

| APPLICANT INFORMATION | | |
|---|---|---|
| Name:<br>(Last, First, MI) | | |
| Current address: | | |
| City: | State: | ZIP Code: |
| Email: | Home Phone: | |
| Current employer: **ST JOSEPH MEDICAL CENTER (240)** | | |
| Employer address: 333 N. Madison, Joliet, IL 60436 | | |
| Nursing Unit: | Work Email: | |
| Work Phone: | Work Fax: | |
| ☐ FORMER MEMBER (YR) _____ | ☐ NEW MEMBER | |

| 2017 PAYROLL DEDUCTION DUES SCHEDULE (PLEASE CIRCLE CHOICE) | | |
|---|---|---|
| **Full Dues<br>Without PAC** | **FULL DUES**<br>(plus $25 PAC donation) | **Fair share** |
| $27.59 | $28.55 | $27.59 |

**VOLUNTARY DUES DEDUCTION WAGE ASSIGNMENT**

*A PAC donation helps to support your organization in State Legislature, the State of Illinois Executive Offices and Agencies of the State where legislation is passed and administered that effects unions, nursing, and healthcare. This check off authorization and Agreement shall be irrevocable for a period of one year from the date of execution or until the termination date of the agreement between the Employer and INA, whichever occurs sooner, and from year to year thereafter, unless not less than (10) days and not more than (20) days prior to the end of any subsequent yearly period. I give the Employer INA individually written notice by certified mail, of revocation bearing my signature thereto. INA is authorized to deposit this authorization with any Employer under contract with INA and is further authorized to transfer this authorization to any other Employer with INA in the event that I should change employment. This authorization shall likewise be fully enforceable and effective in the event I leave employment with any employer under INA contract and at a later time re-obtain employment with that same employer or any other Employer under INA contract, regardless of the length of time between termination and reemployment.

Signature of Employee:

Name: (Print)

Your annual membership dues include a voluntary INA PAC assessment unless you indicate otherwise here
☐ **I do not wish to give $25.00 to the INA PAC.**

*"While membership dues are not deductible as charitable contributions for tax purposes, they may be deductible under other provisions of the Internal Revenue Code."*

*A copy of our PAC report is available for purchase from the State Board of Elections in Springfield, Illinois.*

**INSTRUCTIONS:**

**PLEASE FAX COMPLETED APPLICATION TO 312-896-3920 IF YOU NEED ASSISTANCE, OR HAVE QUESTIONS, PLEASE CALL THE INA MEMBERSHIP DEPARTMENT AT 312-419-2900 Ext 243. WE WILL BE HAPPY TO ASSIST YOU.**

**RETURN COMPLETED APPLICATION FORM TO:** Illinois Nurses Association
910 W Van Buren Suite 502
Chicago, IL 60607
FAX: 1-312-896-3920

REV 6.19.17